

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

June 18, 2019

Via ECF and Email

The Honorable Andrew L. Carter, Jr.
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

      Re:    *Schansman et al. v. Sberbank of Russia PJSC, et al.*, 1:19-cv-02985 (ALC) (GWG)
             Application for Extension of Time to Respond to the Complaint

Dear Judge Carter:

    We represent Defendant Sberbank of Russia PJSC ("Sberbank") in the above-referenced action. We submit this letter pursuant to the Court's Individual Practices Rule 1.D.

    We respectfully move the Court to adjourn the deadline for Sberbank to answer or otherwise respond to the complaint from its original date of June 25, 2019 to and including July 12, 2019. This is the first request for an extension of time. Boies Schiller Flexner LLP, counsel for Plaintiffs, has indicated that it consents to this request.

                                                   Respectfully submitted,

                                                   DEBEVOISE & PLIMPTON LLP

                                                   By: /s/ John S. Kiernan
                                                       John S. Kiernan
                                                       William H. Taft V
                                                       Catherine M. Amirfar
                                                       Román J. Rodriguez
                                                       jskiernan@debevoise.com
                                                       whtaft@debevoise.com
                                                       camirfar@debevoise.com
                                                      rjrodriguez@debevoise.com

                                                        919 Third Avenue
                                                        New York, New York 10022
                                                        (212) 909-6000
                                                        *Counsel for* Sberbank of Russia PJSC