UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THOMAS SCHANSMAN, individually, as surviving Parent of QUINN LUCAS SCHANSMAN, and as legal guardian on behalf of X.S., a minor, and

CATHARINA TEUNISSEN, individually, and as surviving Parent and personal representative of the ESTATE OF QUINN LUCAS SCHANSMAN, and

NERISSA SCHANSMAN, individually, and as surviving Sibling of QUINN LUCAS SCHANSMAN,

                      Plaintiffs,

         -against-

SBERBANK OF RUSSIA PJSC, THE WESTERN UNION COMPANY, WESTERN UNION FINANCIAL SERVICES, INC., MONEYGRAM INTERNATIONAL, INC., MONEYGRAM PAYMENT SYSTEMS, INC., and VTB BANK PJSC,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 1:19-CV-02985 (ALC) (GWG)

## **DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel makes the following certification:

More than 10% of the stock in Defendant Sberbank of Russia is owned by the Central Bank of the Russian Federation.

Dated: New York, New York
September 19, 2019

                              DEBEVOISE & PLIMPTON LLP

By: */s/ John S. Kiernan*
      John S. Kiernan
      William H. Taft V
      Román J. Rodriguez
      jskiernan@debevoise.com
      whtaft@debevoise.com
      rjrodriguez@debevoise.com

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Counsel for Sberbank of Russia*