UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
THOMAS SCHANSMAN, individually, as surviving : Index No. 1:19-CV-02985
Parent of QUINN LUCAS SCHANSMAN, and as : (ALC) (GWG)
legal guardian on behalf of X.S., a minor, and :
: Hon. Andrew L. Carter, Jr.
CATHARINA TEUNISSEN, individually, and as :
surviving Parent and personal representative of the : NOTICE OF MOTION TO
ESTATE OF QUINN LUCAS SCHANSMAN, and : DISMISS
:
NERISSA SCHANSMAN, individually, and as : **ORAL ARGUMENT**
surviving Sibling of QUINN LUCAS : **REQUESTED**
SCHANSMAN, :
:
　　　　　　　　　　　　　Plaintiffs, :
:
　　　　　　　-against- :
:
SBERBANK OF RUSSIA PJSC, THE WESTERN :
UNION COMPANY, WESTERN UNION :
FINANCIAL SERVICES, INC., MONEYGRAM :
INTERNATIONAL, INC., MONEYGRAM :
PAYMENT SYSTEMS, INC., and VTB BANK :
PJSC, :
:
　　　　　　　　　　　　　Defendants. :
---------------------------------------- X

　　　PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and declaration of John S. Kiernan, executed on September 19, 2019, and upon all prior pleadings and proceedings herein, the undersigned, attorneys for Sberbank of Russia ("Sberbank"), hereby moves this Court for an order dismissing the Complaint (ECF No. 1) as to Sberbank, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) for lack of personal jurisdiction and failure to plead legally sustainable claims under the

Anti-Terrorism Act, 18 U.S.C. § 2331 *et seq.*, and for such other and further relief as the

Court may deem just and proper.

Dated: New York, New York
September 19, 2019

                                              DEBEVOISE & PLIMPTON LLP

                                              By: */s/ John S. Kiernan*
                                                    John S. Kiernan
                                                    William H. Taft V
                                                    Román J. Rodriguez
                                                    jskiernan@debevoise.com
                                                    whtaft@debevoise.com
                                                    rjrodriguez@debevoise.com

                                                    919 Third Avenue
                                                    New York, New York 10022
                                                    (212) 909-6000

                                                  *Counsel for Sberbank of Russia*