**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS SCHANSMAN et al., <br><br> Plaintiffs, <br> - against - <br><br> SBERBANK OF RUSSIA PJSC et al., <br><br> Defendants. | 19 Civ. 2985 (ALC)(GWG) <br><br> <u>NOTICE OF MOTION</u> <br><br> **ORAL ARGUMENT REQUESTED** |

     PLEASE TAKE NOTICE that upon the annexed Declaration of Andrey S. Puchkov, dated September 19, 2019, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendant VTB Bank PJSC before the Honorable Andrew L. Carter, Jr., in Courtroom 1306 of the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an order dismissing the complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure and granting such other and further relief as the Court may deem just and proper.

     PLEASE TAKE FURTHER NOTICE that pursuant to the Order entered August 13, 2019, opposition papers are to be served by October 17, 2019 and reply papers are to be served by October 31, 2019.

Dated: September 19, 2019
New York, New York

        Respectfully submitted,

        LATHAM & WATKINS LLP

        By: /s/ Christopher Harris
            Christopher Harris
            Thomas J. Heiden (admitted *pro hac vice*)
            885 Third Avenue
            New York, New York 10022
            Tel: (212) 906-1200
            Email: christopher.harris@lw.com
            Email: thomas.heiden@lw.com

        *Attorneys for Defendant*
        *VTB Bank PJSC*