UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

Thomas Schansman, et al.

                Plaintiffs,

    -v-

Sberbank of Russia PJSC, et al.

                Defendants.

- - - - - - - - - - - - - - - - - x

Case No. 1:19-CV-02985-ALC

ECF CASE

**MOTION TO WITHDRAW AS ATTORNEY**

To: The Clerk of Court and all parties of record

    **PLEASE TAKE NOTICE** that Lee Scott Wolosky is no longer employed with Boise Schiller Flexner LLP. Boise Schiller Flexner LLP will continue to represent Plaintiffs Thomas Schansman, individually, as surviving parent of Quinn Lucas Schansman, and as legal guardian on behalf of X.S., a minor, Catharina Teunissen, individually, and as surviving parent and personal representative of the Estate of Quinn Lucas Schansman, and Nerissa Schansman, individually and as surviving sibling of Quinn Lucas Schansman in this action, and no party will be prejudice if this Motion is granted.

    WHEREFORE, undersigned counsel and the aforementioned Plaintiffs respectfully request that this Court permit Lee Scott Wolosky to withdraw as attorney for the Plaintiffs and remove him from the docket in the above reference action.

    We appreciate the Court's time and attention in this matter.

Dated: March 13, 2020
       New York, New York

                                              **JENNER & BLOCK LLP**

                                              By: /s/ Lee Scott Wolosky
                                              Lee Scott Wolosky
                                              919 Third Avenue, 38th Floor
                                              New York, NY 10022
                                              Tel: (212) 891-1628
                                              Fax: (212) 891-1699
                                              lwolosky@jenner.com

*Attorney for Plaintiffs Thomas Schansman, the Estate of Quinn Lucas Schansman, and Catharina Teunissen*