```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Thomas Schansman et al.,                       :

                Plaintiffs,                    :     ORDER

        -v.-                                   :
                                                     19 Civ. 2985 (ALC) (GWG)
Sberbank of Russia PJSC et al.,                :

                Defendants.                    :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The Court has reviewed Docket ## 130, 131 and 132. Plaintiffs do not in their letters seek an order requiring the defendants to meet pursuant to Fed. R. Civ. P. 26(f). It thus appears that plaintiff at this time would not oppose a motion by defendants to stay discovery — a motion that defendants never actually made to the Court but presumably are ready to make. On the other hand, plaintiffs wish to ensure that documents they deem relevant to their claims are preserved.

    The Court has not issued a stay of discovery in this matter. If a non-party will not voluntarily stipulate to preservation of materials, plaintiffs have leave to serve a subpoena on the non-party in accordance with Fed. R. Civ. P. 45. Any dispute with the nonparty may be resolved by means of an application compliant with paragraph 2.A of the Court's Individual Practices.

    SO ORDERED.

Dated: March 17, 2020
       New York, New York

                                                      /s/
                                         GABRIEL W. GORENSTEIN
                                         United States Magistrate Judge