UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Thomas Schansman et al.,                                       :

              Plaintiffs,                           :      ORDER

    -v.-                                                       :
                                                               19 Civ. 2985 (ALC) (GWG)
Sberbank of Russia PJSC et al.,                                :

              Defendants.                           :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      With regard to letters appearing in Docket ## 139 and 140, the Court's March 17, 2020, Order permits the discovery apparently being sought by plaintiffs. If the defendants wish to formally move the Court for a stay of discovery — either the discovery adverted to in the March 17, 2020, Order or all discovery — they have leave to do so. The pre-motion conference requirement is waived. Briefing shall be in accordance with paragraph 2.B of the Court's Individual Practices. In the meantime, the March 17, 2020, Order remains in effect.

      Nothing in this Order shall be construed as preventing a non-party or a party from seeking to enforce any rights it may have under Rule 45 with respect to any subpoena.

      Finally, the Court suggests that the parties consult further about their positions in this matter in an attempt to reach a reasonable compromise inasmuch as both sides take a risk in seeking to have the Court adjudicate a motion for a stay of discovery.

      SO ORDERED.

Dated: May 4, 2020
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge