UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THOMAS SCHANSMAN, individually, as surviving Parent of QUINN LUCAS SCHANSMAN, and as legal guardian on behalf of X.S., a minor, and | : Index No. 1:19-CV-02985<br>: (ALC) (GWG)<br>: |
| CATHARINA TEUNISSEN, individually, and as surviving Parent and personal representative of the ESTATE OF QUINN LUCAS SCHANSMAN, and | : |
| NERISSA SCHANSMAN, individually, and as surviving Sibling of QUINN LUCAS SCHANSMAN, | : |
| Plaintiffs, | : |
| -against- | : |
| SBERBANK OF RUSSIA PJSC, THE WESTERN UNION COMPANY, WESTERN UNION FINANCIAL SERVICES, INC., MONEYGRAM INTERNATIONAL, INC., MONEYGRAM PAYMENT SYSTEMS, INC., and VTB BANK PJSC, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## AMENDED DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel makes the following certification:

No corporation owns 10% or more of the stock in Defendant Sberbank of Russia. As of April 30, 2020, the Russian Federation in the person of the Ministry of Finance of the Russian Federation owns a 50% equity stake plus one ordinary share in Defendant Sberbank of Russia.

Dated: New York, New York
June 6, 2020

DEBEVOISE & PLIMPTON LLP

By: */s/ John S. Kiernan*
John S. Kiernan
William H. Taft V
Román J. Rodriguez
jskiernan@debevoise.com
whtaft@debevoise.com
rjrodriguez@debevoise.com

919 Third Avenue
New York, New York 10022
(212) 909-6000

*Counsel for Sberbank of Russia*