USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/20/20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
THOMAS SCHANSMAN,

                      **Plaintiff,**

              -against-

SBERBANK OF RUSSIA PJSC ET AL,

                      **Defendant.**
-------------------------------------------------------- x

1:19-cv-2985-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      Based on Plaintiff's Request for Consideration of Newly Discovered Evidence (ECF 142), Plaintiff should file an amended complaint. Defendants' pending Motion to Dismiss (ECF No. 114), is DENIED without prejudice, and the motion may be renewed after Plaintiff files his amended complaint. The Court sets the following schedule:

| | |
|---|---|
| Plaintiff's Amended Complaint: | October 5, 2020 |
| Defendants' Renewed Motion to Dismiss: | November 2, 2020 |
| Plaintiff's Response: | November 30, 2020 |
| Defendants' Reply, if any: | December 14, 2020 |

**SO ORDERED.**

**Dated**:  September 20, 2020
            New York, New York

_____
           **ANDREW L. CARTER, JR.**
           **United States District Judge**