USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/30/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
**SCHANSMAN ET AL,**

                  **Plaintiff,**

           **-against-**

**SBERBANK OF RUSSIA PJSC, et al,**

                **Defendants.**
---------------------------------------------------------- x

**1:19-cv-02985 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      On September 20, 2020, the Court issued an Order denying without prejudice the motion to dismiss pending in this case and setting a revised briefing schedule. This Order also terminates ECF Nos. 91, 97, 99, 109, 117 and the same briefing schedule applies.

**SO ORDERED.**

**Dated**:   September 30, 2020
            New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**