UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SBERBANK OF RUSSIA PJSC, et al.,<br><br>Defendants. | Case No. 19-cv-02985 (ALC) (GWG) |

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Joseph Kolatch hereby withdraws as counsel for defendants The Western Union Company and Western Union Financial Services, Inc. (collectively, "Western Union") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Jessica Carey of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Western Union in this proceeding.

Dated: New York, New York
       February 4, 2021

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Joseph Kolatch*
Joseph Kolatch
1285 Avenue of the Americas
New York, New York 10019
212 373 3000
jkolatch@paulweiss.com

SO ORDERED:

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SBERBANK OF RUSSIA PJSC, et al.,<br><br>Defendants. | Case No. 19-cv-02985 (ALC) (GWG) |

## DECLARATION OF JOSEPH KOLATCH

I, Joseph Kolatch, declare and state as follows:

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), an international law firm with its principal offices at 1285 Avenue of the Americas, New York, New York 10019, counsel for defendants The Western Union Company and Western Union Financial Services, Inc. (collectively, "Western Union"). I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for defendants because I am leaving the employ of Paul, Weiss.

2. Jessica Carey of Paul, Weiss will continue to represent Western Union in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

I certify under penalty of perjury that the foregoing is true and correct.

February 4, 2021
New York, New York

*/s/ Joseph Kolatch*
Joseph Kolatch

**CERTIFICATE OF SERVICE**

      I hereby certify that, on February 4, 2021, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on February 4, 2021, caused a true and correct copy of the foregoing to be served upon Kerry A. Macleod, Western Union, Legal HQ-8, 7001 E. Belleview Ave., Denver, CO 80237, by Federal Express for overnight delivery.

February 4, 2021
New York, New York

                                                                  */s/ Joseph Kolatch*
                                                                  Joseph Kolatch