

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

October 7, 2021

Via ECF

The Honorable Gabriel W. Gorenstein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

     Re: *Schansman, et al. v. Sberbank of Russia PJSC, et al.*, No. 19-CV-2985
        Request to Reschedule Rule 16 Conference

Dear Judge Gorenstein:

  We write on behalf of Defendant Sberbank of Russia, joined by all Defendants, to request the Fed. R. Civ. P. 16 conference scheduled to take place before Your Honor on Thursday, October 14, 2021 at 10:30 a.m. be adjourned to October 27, 2021 at 4:00 p.m.

  Pursuant to the scheduling order issued October 1, 2021 (ECF. No. 186) and Rule 1.F of Your Honor's Individual Practices, we have contacted the Deputy Clerk, and the Deputy Clerk has confirmed the Court is available for the rescheduled conference on October 27, 2021 and that Plaintiffs consent to the proposed change in date.

  We thank the Court for its attention.

           Respectfully submitted,

           DEBEVOISE & PLIMPTON LLP

           By: */s/ John S. Kiernan*

            John S. Kiernan
            William H. Taft V
            Román J. Rodriguez
            jskiernan@debevoise.com
            whtaft@debevoise.com
            rjrodriguez@debevoise.com

            919 Third Avenue
            New York, New York 10022
            (212) 909-6000
            *Counsel for* Sberbank of Russia

cc:  All counsel of record (via ECF)