

October 7, 2021

Via ECF

MEMORANDUM ENDORSED

The Honorable Gabriel W. Gorenstein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Schansman, et al. v. Sberbank of Russia PJSC, et al.*, No. 19-CV-2985
               Request to Reschedule Rule 16 Conference

Dear Judge Gorenstein:

    We write on behalf of Defendant Sberbank of Russia, joined by all Defendants, to request the Fed. R. Civ. P. 16 conference scheduled to take place before Your Honor on Thursday, October 14, 2021 at 10:30 a.m. be adjourned to October 27, 2021 at 4:00 p.m.

    Pursuant to the scheduling order issued October 1, 2021 (ECF. No. 186) and Rule 1.F of Your Honor's Individual Practices, we have contacted the Deputy Clerk, and the Deputy Clerk has confirmed the Court is available for the rescheduled conference on October 27, 2021 and that Plaintiffs consent to the proposed change in date.

    We thank the Court for its attention.

                                                     Respectfully submitted,

                                                     DEBEVOISE & PLIMPTON LLP

                                                     By: */s/ John S. Kiernan*

Conference adjourned to October 27, 2021, at 4:00 p.m.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge

October 8, 2021

    John S. Kiernan
    William H. Taft V
    Román J. Rodriguez
    jskiernan@debevoise.com
    whtaft@debevoise.com
    rjrodriguez@debevoise.com

    919 Third Avenue
    New York, New York 10022
    (212) 909-6000
    *Counsel for* Sberbank of Russia

    cc:    All counsel of record (via ECF)

www.debevoise.com