**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS SCHANSMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SBERBANK OF RUSSIA PJSC, et al., <br><br> Defendants. | Civil No. 19-cv-02985-ALC <br><br> **MOTION FOR ADMISSION** <br> **PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern and Eastern Districts of New York, I, Terri L. Mascherin, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs Thomas Schansman individually, as surviving parent of Quinn Lucas Schansman and as legal guardian on behalf of X.S, a minor, Catharina Teunissen, individually and as surviving parent and personal representative of the Estate of Quinn Lucas Schansman and Nerissa Schansman as surviving sibling of Quinn Lucas Schansman, in the above-captioned action.

  I am a member in good standing of the bar of the State of Illinois, and a certificate of good standing is attached hereto as Exhibit A. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  October 15, 2021
       Chicago, Illinois

Respectfully submitted,

JENNER & BLOCK LLP

By:

  /s/ Terri L. Mascherin
Terri L. Mascherin
353 N. Clark St.
Chicago, IL 60654
Telephone:  (312) 923-2799
Fax:  (312) 840-7799
tmascherin@jenner.com

*Attorney for Plaintiffs Thomas Schansman, individually, as the surviving parent of Quinn Lucas Schansman, and as legal guardian on behalf of X.S., a minor, Catharina Teunissen, individually, as surviving parent of Quinn Lucas Schansman, and as personal representative of the Estate of Quinn Lucas Schansman, and Nerissa Schansman, individually, as the surviving sibling of Quinn Lucas Schansman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>SBERBANK OF RUSSIA PJSC, et al.,<br><br>    Defendants. | Civil No. 19-cv-02985-ALC<br><br>**DECLARATION OF TERRI L. MASCHERIN IN SUPPORT OF ADMISSION** *PRO HAC VICE* |

I, Terri L. Mascherin, declare and state as follows:

1. I am a member of the law firm of Jenner & Block LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the Bar of the State of Illinois, admitted November 16, 1984.

4. I attach a certificate of good standing from the State of Illinois, which was issued within thirty days of this filing, as Exhibit A to my Motion for Admission *Pro Hac Vice*.

5. I have never been convicted of a felony or been the subject of any criminal conviction.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I have never been the subject of a disciplinary sanction and there are no disciplinary proceedings presently pending against me.

I hereby declare under penalty of perjury that the foregoing statements are true and correct, pursuant to 28 U.S.C. § 1746.

Dated:  October 15, 2021

Respectfully submitted,

By:  /s/ Terri L. Mascherin
Terri L. Mascherin
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Telephone:  (312) 923-2799
Fax:  (312) 840-7799
tmascherin@jenner.com

*Attorney for Plaintiffs Thomas Schansman, individually, as the surviving parent of Quinn Lucas Schansman, and as legal guardian on behalf of X.S., a minor, Catharina Teunissen, individually, as surviving parent of Quinn Lucas Schansman, and as personal representative of the Estate of Quinn Lucas Schansman, and Nerissa Schansman, individually, as the surviving sibling of Quinn Lucas Schansman*

2

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Terri-Lynn Mascherin

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/16/1984 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 14th day of October, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>SBERBANK OF RUSSIA PJSC, et al.,<br><br>         Defendants. | Civil No. 19-cv-02985-ALC<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

The motion of Terri L. Mascherin for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the State of Illinois, and that her contact information is as follows:

  Applicant's Name: Terri L. Mascherin
  Firm Name: JENNER & BLOCK LLP
  Address: 353 N. Clark St.
  City/State/Zip: Chicago, IL 60654
  Telephone: (312) 923-2799  Fax: (312) 840-7799
  Email: tmascherin@jenner.com

Applicant having requested admission *pro hac vice* for all purposes as counsel for Plaintiffs Thomas Schansman, individually, as the surviving parent of Quinn Lucas Schansman, and as legal guardian on behalf of X.S., a minor, Catharina Teunissen, individually, as surviving parent of Quinn Lucas Schansman, and as personal representative of the Estate of Quinn Lucas Schansman, and Nerissa Schansman, individually, as the surviving sibling of Quinn Lucas Schansman in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District Judge Andrew L. Carter, Jr.