**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

October 12, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/18/2021__

Via ECF and Email

The Honorable Andrew L. Carter, Jr.
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

**MEMO ENDORSED**

    Re: *Schansman, et al. v. Sberbank of Russia PJSC, et al.*, No. 19-CV-2985 (ALC)(GWG)
Consented Letter Motion for Extension of Time to File Answer and Motion for Reconsideration

Dear Judge Carter:

    We represent Defendant Sberbank of Russia ("Sberbank") in the above-referenced action. We write with the consent of all parties to request an adjournment of the deadline for all Defendants to answer the Second Amended Complaint and to file any motion for reconsideration to November 15, 2021.

    The original response date is October 14, 2021, under Fed. R. Civ. P. 12(a)(4)(A) and Local Civil Rule 6.3. There have been no prior requests for extensions of time regarding either Defendants' answers to the Second Amended Complaint or any motions for reconsideration.

                          Respectfully submitted,

                           DEBEVOISE & PLIMPTON LLP

                           By: */s/ John S. Kiernan*

                               John S. Kiernan
                               William H. Taft V
                               Román J. Rodriguez
                               jskiernan@debevoise.com
                               whtaft@debevoise.com
                               rjrodriguez@debevoise.com

                               919 Third Avenue
                               New York, New York 10022
                               (212) 909-6000
                               *Counsel for* Sberbank of Russia

Hon. Andrew L. Carter 2

cc: All counsel of record (via ECF)

The request is **GRANTED**. Defendants shall file their answers to the Second Amended Complaint or any motion(s) for reconsideration no later than **November 15, 2021**.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated: October 18, 2021**