UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THOMAS SCHANSMAN, et al.,                                   :

                                                            :
      Plaintiff,                    PRETRIAL ORDER
                                                            :
  -v.-
                                                            :   19 Civ. 2985 (ALC) (GWG)

SBERBANK OF RUSSIA, et al.,                                 :

      Defendants.                 :
-------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

  After consultation with the parties, the following scheduling order is adopted by the Court pursuant to Rule 16 of the Federal Rules of Civil Procedure:

1. Initial disclosures shall be served by December 3, 2021.

2. Service of initial party document requests and interrogatories shall be made by December 17, 2021, with deadlines for responses governed by Federal Rules of Civil Procedure 33 and 34.

3. All party document discovery in response to initial requests shall be substantially completed by July 19, 2022.

4. Any additional requests for documents and interrogatories shall be served when the need for such discovery requests is apparent, but no later November 15, 2022.

5. All non-expert discovery shall be commenced in time to be completed by January 13, 2023.

6. The parties may move to amend the pleadings or join any other parties no later than February 3, 2023.  However, any amendment that requires the additional of new parties must be made promptly after the movant is aware of the need to add the new party.

7. Expert disclosures on issues as to which the disclosing party bears the burden of proof as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, will be made by March 17, 2023.

8. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by May 18, 2023.

9. Depositions of experts shall be completed by June 23, 2023.

10. Any request for permission to make a summary judgment motion shall be addressed to Judge Carter, shall comply with his Individual Practices, and shall be filed by June 30, 2023.

11. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application and in accordance with this Court's Individual Practices. Any application not in compliance with this paragraph will be denied. To the extent a party expects to produce electronically stored information, the parties shall promptly discuss the protocols for the search and review of such material.

12. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein . Discovery applications -- that is, any application or motion pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made within a reasonable period after the cause for such an application arises. Absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery.

SO ORDERED.

Dated: New York, New York
      October 27, 2021

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge