UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Thomas Schansman, et al.,

                                Plaintiffs,

-against-

Sberbank of Russia PJSC et al.,

                                Defendants.
-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 30, 2021

1:19-CV-02985 (ALC) (GWG)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant Sberbank of Russia's ("Sberbank") and Plaintiffs' pre-motion conference letters in connection with Sberbank's intended second motion to dismiss. *See* ECF Nos. 206, 228, 231, 232, 240, 242. Upon review of the submissions, the request for a pre-motion conference is hereby **GRANTED**.

      The Court will hold the pre-motion conference on **Wednesday, December 15, 2021 at 12:00PM ET**. Though the pre-motion conference will address Sberbank of Russia's intended second motion to dismiss, **all parties shall appear** and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:  November 30, 2021
            New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**