UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Thomas Schansman, et al.,

                             **Plaintiffs,**

      -against-

Sberbank of Russia PJSC, et al.,

                            **Defendants.**
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan. 7, 2022

1:19-CV-2985-ALC-GWG

**ORDER TO RESPOND**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiffs' letter motion dated January 6, 2022. *See* ECF No. 262. Plaintiffs indicated that Defendant Sberbank of Russia PJSC ("Sberbank") opposes Plaintiffs' request. *Id.* at 1 n.1. Accordingly, Sberbank is hereby **ORDERED** to respond to Plaintiffs' letter motion no later than close of business on **January 11, 2022**.

**SO ORDERED.**

**Dated:** Jan. 7, 2022
**New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**