USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
**Thomas Schansman, et al.,**

                 **Plaintiffs,**

     -against-                               1:19-CV-2985-ALC-GWG

**Sberbank of Russia PJSC, et al.,**                **ORDER**

                 **Defendants.**
-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

     The Court is in receipt of Plaintiffs' letter requesting an extension of time to respond to Defendant Sberbank of Russia PJSC's ("Sberbank") second motion to dismiss ("FSIA Motion") under Rule 12(b)(1) of the Federal Rules of Civil Procedure (ECF No. 262), and Defendant Sberbank's response letter. ECF No. 265. Upon review of the submissions, it is hereby **ORDERED** as follows:

- Plaintiffs' deadline to oppose the FSIA Motion, and correspondingly Sberbank's reply deadline, are **ADJOURNED** s*ine die*;

- Both Sberbank and Plaintiffs shall partake in jurisdictional discovery limited to the specific facts relevant to determining whether Sberbank is a foreign sovereign, before me, in connection with the FSIA Motion;

- Both Sberbank and Plaintiffs shall file a joint status report within **seven (7) days,** to include a proposed jurisdictional discovery plan; and

- Though the Court has made a finding that limited jurisdictional discovery is warranted for purposes of making an immunity determination with regard to Sberbank, this Order is not a ruling on the pending motion to stay merits discovery before Judge Gorenstein.

     The Clerk of Court is kindly directed to terminate the letter motion at ECF No. 262.

**SO ORDERED.**

**Dated**: January 13, 2022
         New York, New York

                                                                      **Andrew L. Carter, Jr.**
                                                                    **U.S. District Judge**