UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Thomas Schansman, et al.,

                     Plaintiffs,

          -against-

Sberbank of Russia PJSC et al.,

                     Defendants.
-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/28/2022

1:19-CV-02985 (ALC) (GWG)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant Sberbank of Russia's and Plaintiffs' competing proposals for jurisdictional discovery. The Court will hold a conference on **February 4, 2022 at 2PM ET** on the proposed discovery plans. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:   Jan. 28, 2022
           New York, New York

                                                                       **ANDREW L. CARTER, JR.**
                                                                       **United States District Judge**