```
M24GschC
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

THOMAS SCHANSMAN, et al.,

            Plaintiffs,

       v.                              19 Civ. 2985 (ALC)

SBERBANK OF RUSSIA PJSC, et
al.,
                                       Remote Conference

            Defendants.

------------------------------x
                                       New York, N.Y.
                                       February 4, 2022
                                       2:00 p.m.
Before:

            HON. ANDREW L. CARTER, JR.,

                                       District Judge

                     APPEARANCES

JENNER & BLOCK LLP
     Attorneys for Plaintiffs
BY:  TERRI L. MASCHERIN

DEBEVOISE & PLIMPTON, LLP (NYC)
     Attorneys for Defendant Sberbank of Russia PJSC
BY:  WILLIAM H. TAFT

WHITE & CASE
     Attorneys for Defendant Sberbank of Russia PJSC
BY:  CLAIRE A. DELELLE
     NICOLE ERB

SIDLEY AUSTIN LLP
     Attorneys for Western Union defendants
BY:  TIMOTHY J. TREANOR
     MELISSA COLON-BOSOLET
     HILLE R. SHEPPARD
```

M24GschC

APPEARANCES (continued)


WILLIAMS & CONNOLLY LLP
     Attorneys for Moneygram defendants
BY:  AMY MCKINLEY
     ALLISON EISEN
     CHRISTOPHER N. MANNING

LATHAM & WATKINS LLP
     Attorneys for Defendant VTB Bank
BY:  CHRISTOPHER R. HARRIS

M24GschC

1    (The Court and all parties present remotely)

2    (Case called; appearances noted)

3    THE COURT: Good afternoon. This is a conference
4 regarding defendant Sberbank and plaintiffs' competing
5 proposals for jurisdictional discovery in connection with
6 Sberbank's second motion to dismiss.

7    I have reviewed the parties' joint status report
8 outlining their positions. The submission is clear enough;
9 therefore, I don't see a need to have you repeat the arguments
10 in those submissions today.

11    After reviewing the submissions, I am concerned about
12 the, at this point, mirky nature of plaintiffs' discovery
13 proposal. I'm therefore inclined to do this: Let's have
14 Sberbank produce the documents identified in its proposed plan
15 at pages 15 through 17 of the joint status report, and then
16 have plaintiffs submit a revised discovery plan, not to exceed
17 three pages indicating whether any additional jurisdictional
18 discovery is necessary, and if so, outlining what specific
19 facts crucial to an immanity determination remain at issue and
20 what specific category of facts and/or expert evidence they
21 seek that would prove those specific facts.

22    Plaintiffs should aim for a discovery plan that
23 concludes no later than mid March 2022. The plaintiffs should
24 submit their discovery plan by February 18th, 2022.

25    Sberbank should respond with any opposition to that

M24GschC

1  plan by February 23rd, 2022. And Sberbank should turn over
2  those documents by Monday, February the 7th.
3         Plaintiffs' counsel, what's your position on that?
4         MS. MASCHERIN: I understand your ruling, your Honor.
5  We do believe that there will be additional factual issues, but
6  we look forward to seeing the documents, and we will submit a
7  plan in accordance with the schedule that you have directed.
8         THE COURT: Anything else from defendant, Sberbank, on
9  this?
10        MS. ERB: No, your Honor. Understood.
11        THE COURT: Anything else from any other party today?
12        (Pause)
13        THE COURT: I haven't heard anything.
14        We are adjourned. Thank you.
15        (Adjourned)