```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Thomas Schansman, et al.,
                                    Plaintiffs,

             -against-

Sberbank of Russia PJSC et al.,
                                    Defendants.
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/16/2022

1:19-CV-02985 (ALC) (GWG)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant Sberbank of Russia's ("Sberbank") and Plaintiffs' pre-motion conference letters in connection with Sberbank's intended motion to stay this action. *See* ECF Nos. 299, 300, 301. Upon review of the submissions, the request for a pre-motion conference is hereby **DENIED**. However, Sberbank is **GRANTED** leave to file the motion. The parties shall comply with the following briefing schedule:

- **Opening Brief** (March 23, 2022)
- **Opposition** (March 30, 2022)
- **Reply, if any** (April 6, 2022)

There shall be no stay of jurisdictional discovery pending a decision on Sberbank's motion to stay. The parties shall proceed with such discovery as previously ordered by this Court. ECF No. 298.

**SO ORDERED.**

Dated:   March 16, 2022
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge