IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SBERBANK OF RUSSIA, PJSC, *et al.*, <br><br> *Defendants*. | Case No. 1:19-cv-02985-ALC-GWG <br><br> Hon. Andrew L. Carter, Jr. |

**SBERBANK'S NOTICE OF MOTION TO STAY
ACTION AS TO SBERBANK PENDING SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Sberbank of Russia ("Sberbank"), by and through undersigned counsel, hereby appears for the purpose of moving the Court, before the Honorable Andrew L. Carter, United States District Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, 10007, on a date and at a time designated by the Court, for an order granting Sberbank's motion to stay this action as to Sberbank for thirty days pending substitution of counsel. A memorandum of law in support of this Motion is filed herewith.

| | |
|---|---|
| March 23, 2022 | Respectfully submitted, |
| **WHITE & CASE** | DEBEVOISE & PLIMPTON LLP |
| /s/ *Nicole Erb* | /s/ *William H. Taft V* |
| Nicole Erb | Mark P. Goodman |
| Claire A. DeLelle | William H. Taft V |
| Matthew S. Leddicotte (admitted *pro hac vice*) | 919 Third Avenue |
| 701 Thirteenth Street, NW | New York, New York 10022 |
| Washington, DC 20005 | Telephone: + 1 212 909 6000 |
| Telephone: + 1 202 626 3600 | mpgoodman@debevoise.com |
| Facsimile: + 1 202 639 9355 | whtaft@debevoise.com |

–2–

nerb@whitecase.com
cdelelle@whitecase.com
mleddicotte@whitecase.com

*Counsel for Sberbank of Russia*