UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, individually, as Surviving Parent of QUINN LUCAS SCHANSMAN, and<br><br>CATHARINA TEUNISSEN, individually, as surviving Parent of QUINN LUCAS SCHANSMAN, and as personal representative of the ESTATE OF QUINN LUCAS SCHANSMAN, and<br><br>NERISSA SCHANSMAN, individually, as surviving Sibling of QUINN LUCAS SCHANSMAN, and<br><br>XANDER SCHANSMAN, individually, as surviving Sibling of QUINN LUCAS SCHANSMAN,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>SBERBANK OF RUSSIA PJSC, THE WESTERN UNION COMPANY, WESTERN UNION FINANCIAL SERVICES, INC., MONEYGRAM INTERNATIONAL, INC., MONEYGRAM PAYMENT SYSTEMS, INC., and VTB BANK PJSC,<br><br>                    Defendants. | Civil No. 19-cv-02985-ALC<br><br>**NOTICE OF MOTION FOR LEAVE TO WITHDRAW** |

PLEASE TAKE NOTICE that, upon the annexed Declaration of Christopher R. Harris, dated April 19, 2022, and the accompanying Memorandum of Law, the undersigned counsel for Defendant VTB Bank PJSC will move this Court before the Honorable Andrew L. Carter, Jr., United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, 10007, on a date and time designated by the Court, for

an Order granting Latham & Watkins LLP leave to withdraw as counsel pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rule 1.16 of the New York Rules of Professional Conduct, and other such relief as the Court deems just and proper.

Dated: April 19, 2022
      New York, New York

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ Christopher R. Harris
Christopher R. Harris
Zachary L. Rowen
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: christopher.harris@lw.com
       zachary.rowen@lw.com

*Attorneys for Defendant VTB Bank PJSC*