UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, individually, as Surviving Parent of QUINN LUCAS SCHANSMAN, and<br><br>CATHARINA TEUNISSEN, individually, as surviving Parent of QUINN LUCAS SCHANSMAN, and as personal representative of the ESTATE OF QUINN LUCAS SCHANSMAN, and<br><br>NERISSA SCHANSMAN, individually, as surviving Sibling of QUINN LUCAS SCHANSMAN, and<br><br>XANDER SCHANSMAN, individually, as surviving Sibling of QUINN LUCAS SCHANSMAN,<br><br>       Plaintiffs,<br><br> -against-<br><br>SBERBANK OF RUSSIA PJSC, THE WESTERN UNION COMPANY, WESTERN UNION FINANCIAL SERVICES, INC., MONEYGRAM INTERNATIONAL, INC., MONEYGRAM PAYMENT SYSTEMS, INC., and VTB BANK PJSC,<br><br>       Defendants. | Civil No. 19-cv-02985-ALC<br><br>**DECLARATION OF CHRISTOPHER R. HARRIS IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW** |

  I, the undersigned, Christopher R. Harris, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

  1. I am a partner in the law firm of Latham & Watkins LLP (hereafter "Latham"). I am admitted to, and am a member in good standing, of the Bar of the State of New York and this Court. Latham is counsel for Defendant VTB Bank PJSC ("VTB") in this matter and in certain

other unrelated matters. I submit this declaration in support of Latham's Motion for Leave to Withdraw. I make this declaration based on my personal knowledge.

2. I have been involved with the work Latham has performed for VTB and am aware of Latham's communications with VTB regarding Latham's representation of VTB and the issues set forth in this declaration.

3. Latham and VTB are in the process of ending their engagement with respect to multiple matters, one of which is Latham's representation of VTB in this case. Latham has informed VTB that its representation in this case will end. VTB has communicated to Latham that it assents to Latham's withdrawal in this matter.

4. Latham will serve on VTB a copy of its Motion for Leave to Withdraw and all associated papers.

5. Latham is not presently asserting any retaining or charging liens against VTB.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 19, 2022
       New York, New York

/s/ Christopher R. Harris
Christopher R. Harris