UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, individually, as Surviving Parent of QUINN LUCAS SCHANSMAN, and<br><br>CATHARINA TEUNISSEN, individually, as surviving Parent of QUINN LUCAS SCHANSMAN, and as personal representative of the ESTATE OF QUINN LUCAS SCHANSMAN, and<br><br>NERISSA SCHANSMAN, individually, as surviving Sibling of QUINN LUCAS SCHANSMAN, and<br><br>XANDER SCHANSMAN, individually, as surviving Sibling of QUINN LUCAS SCHANSMAN,<br><br>                     Plaintiffs,<br><br>-against-<br><br>SBERBANK OF RUSSIA PJSC, THE WESTERN UNION COMPANY, WESTERN UNION FINANCIAL SERVICES, INC., MONEYGRAM INTERNATIONAL, INC., MONEYGRAM PAYMENT SYSTEMS, INC., and VTB BANK PJSC,<br><br>                     Defendants. | Civil No. 19-cv-02985-ALC |

## **CERTIFICATE OF SERVICE**

I, Christopher R. Harris, hereby certify that on April 19, 2022, I caused true and correct copies of the Notice of Motion for Leave To Withdraw, Declaration of Christopher R. Harris, and Memorandum of Law In Support of Motion To Withdraw as counsel, all dated April 19, 2022, via

ECF on all counsel of record, and via e-mail on a representative of VTB Bank PJSC, at the following e-mail address: imamaev@vtb.ru.

Dated: April 19, 2022

<u>/s/ Christopher R. Harris</u>  
Christopher R. Harris