UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

THOMAS SCHANSMAN, et al.,

          Plaintiff,

-against-

SBERBANK OF RUSSIA, PJSC, et al.,

          Defendant.
-------------------------------------------------------

Case No. 19-cv-02985(ALC)(GWG)

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**David M. Zinn**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: N/A    My State Bar Number is: 435770 (DC)

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Williams & Connolly LLP
                   FIRM ADDRESS: 725 12th Street NW, Washington, DC 20005
                   FIRM TELEPHONE NUMBER: 202-434-5000
                   FIRM FAX NUMBER: 202-434-5029

NEW FIRM:    FIRM NAME: Williams & Connolly LLP (new address as of 5/1/2022)
                   FIRM ADDRESS: 680 Maine Avenue SW, Washington, DC 20024
                   FIRM TELEPHONE NUMBER: 202-434-5000
                   FIRM FAX NUMBER: 202-434-5029

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 20, 2022

_____
ATTORNEY'S SIGNATURE