UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS SCHANSMAN et al         :

                                                          :       <u>ORDER</u>
                Plaintiffs,

                                                          :       19 Civ. 2985 (ALC) (GWG)
   -v.-
                                                          :
SBERBANK OF RUSSIA PJSC

                                   :
                Defendants.           :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The motion (Docket # 316) filed by the attorneys from the firm Latham & Watkins to withdraw as attorneys for VTB Bank PJSC ("VTB") will be granted conditionally. Specifically, the motion to withdraw will be granted effective June 3, 2022, provided Latham & Watkins fulfills the obligations in the final two sentences of the next paragraph.

      VTB must have a new attorney file a notice of appearance by June 2, 2022. If no such notice is filed, VTB will be deemed in default as a corporation may not appear in federal court except through an attorney. If no attorney files a notice of appearance by June 2, 2022, the attorneys from Latham & Watkins shall provide to plaintiffs a sworn statement that provides all contact information (including mailing addresses, telephone numbers, and email addresses) they have used to contact their client and provide the name and title (if known) of each person associated with that contact information. The attorneys shall then file a sworn statement on ECF attesting that they have provided the required information to plaintiffs.

      Until June 3, 2022, service may be made on VTS pursuant to Rule 5 of the Federal Rules of Civil Procedure.

      SO ORDERED.

Dated: May 2, 2022
       New York, New York

                                                                    GABRIEL W. GORENSTEIN
                                                                    United States Magistrate Judge