1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711                    JENNER&BLOCK LLP

David Pressman
Tel +1 212 891 1654
DPressman@jenner.com

May 23, 2022

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Schansman et al. v. Sberbank of Russia PJSC et al.*, No. 1:19-cv-02985-ALC-GWG (S.D.N.Y.) – Consent Request For A Pre-Motion Conference Concerning Plaintiffs' Consent Motion for Voluntary Dismissal with Prejudice of Their Claims Against Defendants The Western Union Company and Western Union Financial Services, Inc. or, Alternatively, to Grant this Consented-To Motion Without Further Proceedings

Dear Judge Carter:

In accordance with Section 2.A of Your Honor's Individual Practices, Plaintiffs in the above-captioned case respectfully request a pre-motion conference regarding Plaintiffs' proposed motion to dismiss with prejudice all claims against Defendants The Western Union Company and Western Union Financial Services, Inc. ("Western Union") in this action pursuant to Federal Rule of Civil Procedure 41(a)(2), as Plaintiffs and Western Union have agreed to a resolution of the claims as between them. Western Union consents to the proposed motion. Where a plaintiff moves under Rule 41(a)(2) for voluntary dismissal with prejudice, "it has been held that the district court must grant that request." *Maggio v. City Univ. of New York*, No. 05-cv-4211 (BMC), 2008 WL 11434463, at *1 (E.D.N.Y. Oct. 6, 2008) (quoting 9 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2367 (3d ed. 2008)).

In light of the posture of this request, Plaintiffs respectfully ask that the Court treat this pre-motion letter as a motion and grant Plaintiffs' motion without further proceedings. *See Kapitalforeningen Lægernes Invest. v. United Techs. Corp.*, 779 F. App'x 69, 70 (2d Cir. 2019) (affirming a district court ruling deeming pre-motion letters as a motion). Western Union has also consented to the request that this pre-motion letter be treated as a motion and granted without further proceedings.

Respectfully submitted,

/s/ David Pressman
David Pressman
Jason P. Hipp
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
212-891-1654
dpressman@jenner.com
jhipp@jenner.com

Terri L. Mascherin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 923-2799
tmascherin@jenner.com

*Counsel for Plaintiffs*