UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS SCHANSMAN et al.,                                    :
                                                            :
                                                            :    ORDER
                    Plaintiffs,                             :
                                                            :    19 Civ. 2985 (ALC) (GWG)
        -v.-                                                :
                                                            :
                                                            :
SBERBANK OF RUSSIA PJSC et al.,                             :
                                                            :
                                                            :
                    Defendants.                             :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       Sberbank of Russia PJSC need not respond to Docket # 335 inasmuch as the Court grants the request for formal briefing.  Sberbank shall respond to Docket # 336 by May 31, 2022, without prejudice to any extension request compliant with Paragraph 1.E of the Court's Individual Practices.  The Court notes that it has held off scheduling argument on the motion for a stay given the longstanding assertion by counsel for Sberbank that it is on the brink of moving to withdraw.  Sberbank's response should address in detail the timing of the expected motion to withdraw in the event it is raised in their response to Docket # 336.  In making that response, Sberbank is reminded that there is no stay pending the disposition of the motion for a stay.

       SO ORDERED.

Dated: May 26, 2022
       New York, New York

                                                           GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge