**Debevoise**
**& Plimpton**

**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
+1 212 909 6000

May 31, 2022

<u>Via ECF</u>

The Honorable Gabriel W. Gorenstein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:   *Schansman et al. v. Sberbank of Russia PJSC, et al.*, 1:19-cv-02985 (ALC) (GWG)
> Consented Letter Motion for Extension of Time to Respond to Plaintiffs' Request
> for Formal Briefing of Proposed Motion to Compel the Production of Documents
> from Defendant Sberbank of Russia

Dear Judge Gorenstein:

On behalf of Defendant Sberbank of Russia ("Sberbank"), and pursuant to Your Honor's Individual Practices Rule 1.E, we submit this letter motion to request that the Court exercise its authority under Federal Rule of Civil Procedure 6(b)(1)(A) to extend by two days the deadline for Sberbank's response to Plaintiffs' Request for Formal Briefing of Proposed Motion to Compel the Production of Documents from Defendant Sberbank of Russia, ECF No. 336.

On May 26, 2022, this Court ordered Sberbank to respond to Plaintiffs' Request for Formal Briefing "by May 31, 2022, without prejudice to any extension request compliant with Paragraph 1.E of the Court's Individual Practices." Order, ECF No. 337. Sberbank has identified replacement counsel and is working to finalize their engagement, including payment of a retainer. As announced earlier today, however, a new round of European Union sanctions will remove Sberbank from the SWIFT messaging system.[1] A short extension is required to enable counsel to consult with Sberbank and assess the effect of this development on the anticipated timing of the appearance of new counsel for Sberbank in this case.

Sberbank has not previously requested an extension of the time to respond to Plaintiffs' Request for Formal Briefing, and granting the extension would not affect any other scheduled dates in this action. Plaintiffs' counsel confirmed by email today that they do not oppose the

---

[1]   *See* "Opening remarks by President von der Leyen at the joint press conference with President Michel following the special meeting of the European Council of 30 May 2022," Brussels, May 31, 2022, *available at* https://ec.europa.eu/commission/presscorner/detail/en/statement_22_3382.

Hon. Gabriel W. Gorenstein                                                                    2

requested extension.  Sberbank therefore respectfully requests that the Court order an extension of the deadline to respond to Plaintiffs' Request for Formal Briefing to June 2, 2022.

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP                  WHITE & CASE

_/s/ William H. Taft V_____           __/s/ Nicole Erb_____

Mark P. Goodman                           Nicole Erb
William H. Taft V                         Claire A. DeLelle
919 Third Avenue                          701 Thirteenth Street, NW
New York, New York 10022                  Washington, DC 20005
Telephone: + 1 212 909 6000               Telephone : + 1 202 626 3600
mpgoodman@debevoise.com                   nerb@whitecase.com
whtaft@debevoise.com                      cdelelle@whitecase.com


*Counsel for Sberbank of Russia*


cc:     All counsel of record (via ECF)