```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                    :
THOMAS SCHANSMAN, et al.,           :
                                    :    1:19-cv-02985 (ALC) (GWG)
                   Plaintiffs,      :
                                    :    Hon. Andrew L. Carter, Jr.
     v.                             :
                                    :
SBERBANK OF RUSSIA PJSC, et al.,    :
                                    :
                   Defendants.      :
-----------------------------------x
```

# DECLARATION OF WILLIAM H. TAFT V
# IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW

WILLIAM H. TAFT V hereby declares as follows:

1. I am a member of the Bar of this Court and a partner of Debevoise & Plimpton LLP ("Debevoise"), a law firm with its principal offices at 919 Third Avenue, New York, New York 10022.

2. I represent Defendant Sberbank of Russia ("Sberbank") in the above-captioned matter, and I make this declaration based on my personal knowledge.

3. Sberbank has consented to Debevoise seeking to withdraw from its representation of Sberbank in the above-captioned matter pursuant to the terms set forth in the Motion to Withdraw submitted herewith.

4. Sberbank has identified capable replacement counsel prepared to represent it in this matter, and is in the process of finalizing the engagement of that firm. Sberbank anticipates the engagement process will be completed before June 24, 2022. Sberbank is also in the process of identifying a mechanism for paying future legal fees associated with this matter.

5.  Debevoise will serve on Sberbank a copy of its Motion for Leave to Withdraw and all associated papers.

6.  Debevoise is not presently asserting a retaining or charging lien against Sberbank.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York  
       June 2, 2022

Respectfully submitted,

/s/ *William H. Taft V*  
William H. Taft V