IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THOMAS SCHANSMAN, *et al.*, | Case No. 1:19-cv-02985-ALC-GWG |
| *Plaintiffs*, | Hon. Andrew L. Carter, Jr. |
| v. | |
| SBERBANK OF RUSSIA, PJSC, *et al.*, | |
| *Defendants*. | |

**DECLARATION OF NICOLE ERB IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL TO SBERBANK OF RUSSIA**

I, Nicole Erb, pursuant to 28 U.S.C. § 1746, declare as follows:

1.       I am a partner in the Washington, D.C., office of White & Case LLP, and counsel for Defendant Sberbank of Russia, in the above-captioned matter, and certain other unrelated matters.  I am an attorney admitted to practice before this Court.

2.       I submit this Declaration in support of White & Case LLP's Motion to Withdraw as Counsel of Record for Sberbank of Russia.

3.       I have been involved with White & Case's representation of Sberbank.  I am aware of White & Case's communications with Sberbank regarding White & Case's representation of Sberbank and the issues set forth in this declaration.

4.       White & Case and Sberbank are in the process of ending their engagement with respect to White & Case's representation of Sberbank in this case.  White & Case has informed Sberbank that White & Case's representation of Sberbank in this case will end.  Sberbank has communicated to White & Case that it consents to White & Case's withdrawal in this matter effective June 24, 2022, or the date of new counsel's appearance, whichever is earlier.

5. I understand that Sberbank is in the process of finalizing the engagement of substitute counsel to represent Sberbank in this matter moving forward. I also understand that Sberbank anticipates the engagement process will be completed before June 24, 2022.

6. White & Case will serve on Sberbank a copy of its Motion for Leave to Withdraw and all associated papers.

7. White & Case is not presently asserting any retaining or charging liens against Sberbank.

\* \* \*

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 2nd day of June 2022, in Washington, D.C.

 /s/ *Nicole Erb*
Nicole Erb
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: + 1 202 626 3600
Facsimile: + 1 202 639 9355
nerb@whitecase.com

*Counsel for Sberbank of Russia*