UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THOMAS SCHANSMAN et al.,                    :

                                                  :          ORDER
                Plaintiffs,

                                                  :          19 Civ. 2985 (ALC) (GWG)
    -v.-
                                                  :

SBERBANK OF RUSSIA PJSC et al.,             :

                                                  :
                Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The motions (Docket ## 343, 346) filed by the attorneys from the firms of Debevoise & Plimpton LLP and White & Case LLP to withdraw as attorneys for Sberbank of Russia PJSC ("Sberbank") are granted conditionally. Specifically, the motions to withdraw are granted effective June 24, 2022 (or on the date any new attorney files a notice of appearance, whichever is earlier), provided Debevoise & Plimpton and White & Case fulfill the obligations in the final three sentences of the next paragraph (if applicable).

       Sberbank must have a new attorney file a notice of appearance by June 24, 2022. If no such notice is filed, Sberbank will be deemed in default as a corporation may not appear in federal court except through an attorney. If no attorney files a notice of appearance by June 24, 2022, the attorneys from Debevoise & Plimpton and White & Case shall provide to plaintiffs within one business day a sworn statement that provides all contact information (including mailing addresses, telephone numbers, and email addresses) they have used to contact their client and provide the name and title (if known) of each person associated with that contact information. The attorneys shall promptly file a sworn statement on ECF attesting that they have provided the required information to plaintiffs. The attorneys from each firm seeking withdrawal are responsible for ensuring that these requirements are fulfilled.

       At least until June 24, 2022, service may be made on Sberbank pursuant to Rule 5 of the Federal Rules of Civil Procedure.

       With respect to the motion proposed in Docket ## 335, 336, the motion may be filed any time beginning 5 business days after new counsel file their notice of appearance. Briefing thereafter shall be in accordance with paragraph 2.B of the Court's Individual Practices.

SO ORDERED.

Dated: June 7, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge