# Exhibit A

**McCauley, Dakota (NY)**

| | |
|---|---|
| **From:** | Mascherin, Terri L. <TMascherin@jenner.com> |
| **Sent:** | Wednesday, June 15, 2022 6:36 PM |
| **To:** | Rowen, Zachary (NY); Harris, Christopher (NY) |
| **Cc:** | Hipp, Jason P.; Marc@braflaw.com; zintrater@braflaw.com |
| **Subject:** | RE: VTB |

Zach:

Thank you for your email.  We oppose the request for another extension.  As we said when you sought a two-week extension on June 2,  VTB has known for some time that it was necessary to secure substitute counsel, and  our ability to prosecute our motion to compel against VTB is being unnecessarily delayed as VTB delays its engagement of new counsel.  We cannot agree to any extensions at this point.

Regards,
Terri

**From:** Zachary.Rowen@lw.com <Zachary.Rowen@lw.com>
**Sent:** Wednesday, June 15, 2022 5:21 PM
**To:** Mascherin, Terri L. <TMascherin@jenner.com>; CHRISTOPHER.HARRIS@lw.com
**Cc:** Hipp, Jason P. <JHipp@jenner.com>; Marc@braflaw.com; zintrater@braflaw.com
**Subject:** RE: VTB

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

Terri,

We are going to be filing a letter this evening requesting an extension until July 1st for Marc and Zach to enter their appearance, along with an affidavit explaining the basis.  They have been trying to set up a way to accept payment from VTB, but have had difficulty finding a bank in the United States that will process the transaction.  We hope to be able to clear this hurdle soon.

Please let us know whether you consent, do not oppose, or object to this request.  We are happy to discuss.

Regards,
Zach

**Zachary L. Rowen**

1

**LATHAM & WATKINS LLP**

1271 Avenue of the Americas | New York, NY 10020

D: +1.212.906.4555 | M: +1.302.383.1980

---

**From:** Mascherin, Terri L. <TMascherin@jenner.com>
**Sent:** Wednesday, June 1, 2022 9:17 PM
**To:** Harris, Christopher (NY) <CHRISTOPHER.HARRIS@lw.com>
**Cc:** Hipp, Jason P. <JHipp@jenner.com>; Marc@braflaw.com; Rowen, Zachary (NY) <Zachary.Rowen@lw.com>; zintrater@braflaw.com
**Subject:** Re: VTB

Chris:

I would like to accommodate, but your client has already had more than a month to act. So we do not consent.

Regards,

Terri

On Jun 1, 2022, at 7:32 PM, christopher.harris@lw.com wrote:

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Terri, Jason,

Can you please let us know whether you will consent to a two-week extension, until June 16, of the deadline for VTB's new counsel to file a notice of appearance. VTB has located new counsel, Marc Agnifilo and Zach Intrater of Brafman & Associates P.C., cc'ed here. However, due to the sanctions regime it is taking some time for the logistics to be finalized.

Please let us know whether we can represent to the court that you consent, or do not oppose, this request.

Thank you.

**Christopher Harris**

Pronouns:  He/His

**LATHAM & WATKINS LLP**

1271 Avenue of the Americas

New York, NY 10020

Direct Dial: +1.212.906.1880

Email: christopher.harris@lw.com

https://www.lw.com


_____


This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.


Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.