UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS SCHANSMAN et al.,                                  :

                                                          :       ORDER
                        Plaintiffs,
                                                          :       19 Civ. 2985 (ALC) (GWG)
        -v.-
                                                          :

SBERBANK OF RUSSIA PJSC et al.,                           :

                                                          :
                        Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        The Court's Individual Practices provide: "if a party believes that [a discovery] issue must be decided based on formal briefing, the party must so state in a separate letter application and shall give the reasons therefor."

        Notwithstanding this clear directive, MoneyGram concludes its letter response to a discovery application (Docket # 362) by saying it wants more briefing, though only if it is possible it will lose the application.

        The premise of MoneyGram's request is improper, of course. The Court cannot decide in advance who is going to prevail on an application. Second, the request violates the explicit requirements of the Court's Individual Practices.

        While the Court could for these reasons simply ignore MoneyGram's request, it will instead grant it until June 22, 2022, either to file a letter withdrawing the request or to make a request compliant with the Court's Individual Practices.

        SO ORDERED.

Dated: June 21, 2022
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge