LAW OFFICES
# WILLIAMS & CONNOLLY LLP

CHRISTOPHER N. MANNING
(202) 434-5121
CManning@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 21, 2022

**Via ECF**

The Honorable Gabriel W. Gorenstein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   **Re:** *Schansman et al v. Sberbank of Russia PJSC et al.*, **19-cv-02985-ALC-GWG**
      **Response in Compliance with Order Dated June 21, 2022 (ECF 364)**

Dear Judge Gorenstein:

  We apologize for the confusion caused by the wording at the conclusion of our letter of June 16, 2022 (ECF 362). We had understood paragraph 2.A of the Court's Individual Practices to leave open the possibility that the Court might order formal briefing even if neither party requested it. To that end, our intention was to indicate that if the Court were to grant Plaintiffs' request "to move to compel" (ECF 357 at 9), and not decide the underlying dispute based on the parties' letters, MoneyGram was prepared to respond with a formal memorandum and supporting declarations. We were not requesting formal briefing if the Court were inclined to decide the underlying dispute in Plaintiffs' favor, which as the Court correctly notes is both illogical and contrary to the Court's Individual Practices.

  To be clear, we do not believe that formal briefing is necessary.

           Respectfully submitted,

          */s/ Christopher N. Manning*
          Christopher N. Manning

          *Counsel for the MoneyGram Defendants*

cc:  Counsel of Record (via ECF)