UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Thomas Schansman, et al.,

                      **Plaintiffs,**

      -against-                    1:19-CV-02985 (ALC) (GWG)

                                           <u>ORDER</u>

Sberbank of Russia PJSC et al.,

                      **Defendants.**
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Plaintiffs' letter motion to dismiss with prejudice all claims against Defendants The Western Union Company and Western Union Financial Services, Inc. ("Western Union") in this action pursuant to Federal Rule of Civil Procedure 41(a)(2), as Plaintiffs and Western Union have agreed to a resolution of the claims as between them. Western Union consents to the proposed motion. ECF No. 334.

       The Court hereby GRANTS Plaintiffs' motion to dismiss the claims against Western Union. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 210 and 215.

   **SO ORDERED.**

**Dated:**   June 23, 2022
            New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**