UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Thomas Schansman, et al.,

                              **Plaintiffs,**

            -against-                    1:19-CV-02985 (ALC) (GWG)

                                              **ORDER**

Sberbank of Russia PJSC et al.,

                              **Defendants.**

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      In light of the dismissal of claims against Western Union at ECF No. 366, the Court would like information on any potential settlement discussions among the remaining Parties.

      The Parties are ordered to file a joint status report on the status of potential settlement negotiations by July 11, 2022.

      SO ORDERED.

Dated:   June 24, 2022
            New York, New York

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**