UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THOMAS SCHANSMAN, *et al.*,

      *Plaintiffs*,

 v.

SBERBANK OF RUSSIA PJSC, *et al.*,

      *Defendants*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

1:19-cv-02985 (ALC) (GWG)

# DECLARATION OF WILLIAM H. TAFT V
# IN ACCORDANCE WITH
# THE COURT'S ORDER OF JUNE 7, 2022 (ECF NO. 356)

WILLIAM H. TAFT V hereby declares as follows:

  1. I am a member of the Bar of this Court and a partner of Debevoise & Plimpton LLP ("Debevoise"), a law firm with its principal offices at 919 Third Avenue, New York, New York 10022.

  2. I represent Defendant Sberbank of Russia ("Sberbank") in the above-captioned action, and I make this declaration based on my personal knowledge.

  3. Magistrate Judge Gorenstein's Order of June 7, 2022 (ECF No. 356) (the "Order"), requires, *inter alia*, "attorneys from Debevoise & Plimpton and White & Case…provide to plaintiffs within one business day [of June 24, 2022] a sworn statement that provides all contact information (including mailing addresses, telephone numbers, and email addresses) they have used to contact their client and provide the name and title (if known) of each person associated with that contact information."

4. The Order further provides "[t]he attorneys shall promptly file a sworn statement on ECF attesting that they have provided the required information to plaintiffs."

5. On behalf of Debevoise and the Debevoise attorneys of record in this matter (William H. Taft V, Mark P. Goodman and Román J. Rodriguez), I have provided Jenner & Block LLP, counsel for Plaintiffs, a sworn statement containing the information required by the Order.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York  
       June 27, 2022

Respectfully submitted,

_____  
William H. Taft V