| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | MEMORANDUM ENDORSED |

THOMAS SCHANSMAN, et al.,

        Plaintiffs,

    v.

SBERBANK OF RUSSIA PJSC, et al.,

        Defendants.

Case No. 19-cv-02985 (ALC) (GWG)

## NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL AND ORDER

    PLEASE TAKE NOTICE that pursuant to Local Rule 1.4, upon the annexed declaration and subject to the approval of the Court, the law firm of Williams & Connolly LLP and attorneys David M. Zinn, Christopher N. Manning, Amy B. McKinlay, Haley L. Wasserman, and Allison S. Eisen respectfully move for an order granting leave to withdraw as counsel for MoneyGram International, Inc. and MoneyGram Payment Systems, Inc. (collectively, "MoneyGram") and to be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Mitchell A. Karlan and the law firm of Gibson, Dunn & Crutcher LLP will continue to represent MoneyGram in this proceeding.

Date:  July 8, 2022
        Washington, D.C.

Respectfully submitted,

*/s/ Christopher N. Manning*
Christopher N. Manning
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
650 Fifth Avenue, Suite 1500
New York, NY 10019
(202) 434-5000
CManning@wc.com

1

SO ORDERED:

_____
United States Magistrate Judge
July 11, 2022