UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS SCHANSMAN, et al.

              Plaintiffs,

-against-

SBERBANK OF RUSSIA PJSC, et al.

              Defendants.

No. 1:19-cv-02985-ALC-GWG

**[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT**

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that Sberbank of Russia has failed to defend this action as required by Federal Rule of Civil Procedure 55(a) and is therefore in default. The attorneys of Debevoise & Plimpton LLP ("Debevoise") and White & Case LLP ("White & Case") moved to withdraw as counsel for defendant Sberbank of Russia, and the Hon. Gabriel W. Gorenstein has granted the request to withdraw as counsel effective June 24, 2022. Notwithstanding years of litigation, Sberbank of Russia has ceased participating in this action and has failed to secure the appearance of new counsel by the date required by Judge Gorenstein. Sberbank of Russia has therefore failed to defend this action and is in default.

     The default of defendant Sberbank of Russia PJSC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York

       July __12__, 2022

                                          RUBY J. KRAJICK
                                          Clerk of Court

                             *K. Mango*
                        By: _____
                               Deputy Clerk

1