UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS SCHANSMAN, et al.,

                          Plaintiffs,

        v.

SBERBANK OF RUSSIA PJSC, et al.,

                          Defendants.

Case No. 1:19-cv-02985 (ALC) (GWG)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

        PLEASE TAKE NOTICE that Jay S. Auslander of Wilk Auslander LLP, 825 Eighth

Avenue, Suite 2900, New York, New York 10019 hereby appears in this action on behalf of

Defendant Sberbank of Russia PJSC.

Dated: New York, New York
        July 13, 2022

Respectfully submitted,

WILK AUSLANDER LLP

By:   */s/Jay S. Auslander*
        Jay S. Auslander
        825 Eighth Avenue, Suite 2900
        New York, New York 10019
        Tel.: 212-981-2338
        Fax: 212-752-6380
        jauslander@wilkauslander.com

*Attorneys for Defendant*
*Sberbank of Russia PJSC*