UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS SCHANSMAN, et al.,

                      Plaintiffs,

    v.

SBERBANK OF RUSSIA PJSC, et al.,

                      Defendants.

Case No. 1:19-cv-02985 (ALC) (GWG)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Natalie Shkolnik of Wilk Auslander LLP, 825 Eighth Avenue, Suite 2900, New York, New York 10019 hereby appears in this action on behalf of Defendant Sberbank of Russia PJSC.

Dated: New York, New York
      July 13, 2022

Respectfully submitted,

WILK AUSLANDER LLP

By:   */s/ Natalie Shkolnik*
       Natalie Shkolnik
       825 Eighth Avenue, Suite 2900
       New York, New York 10019
       Tel.: 212-981-2294
       Fax: 212-752-6380
       nshkolnik@wilkauslander.com

*Attorneys for Defendant*
*Sberbank of Russia PJSC*