UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, et al., | Case No. 1:19-cv-02985 (ALC) (GWG) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| SBERBANK OF RUSSIA PJSC, et al., | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Aari Itzkowitz of Wilk Auslander LLP, 825 Eighth Avenue, Suite 2900, New York, New York 10019 hereby appears in this action on behalf of Defendant Sberbank of Russia PJSC.

Dated: New York, New York
July 13, 2022

Respectfully submitted,

WILK AUSLANDER LLP

By: */s/ Aari Itzkowitz*
Aari Itzkowitz
825 Eighth Avenue, Suite 2900
New York, New York 10019
Tel.: 646-375-7660
Fax: 212-752-6380
aitzkowitz@wilkauslander.com

*Attorneys for Defendant*
*Sberbank of Russia PJSC*