UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THOMAS SCHANSMAN                                          :

                                                          :       ORDER
                         Plaintiffs,

                                                          :       19 Civ. 2985 (ALC) (GWG)
-v.-
                                                          :

SBERBANK OF RUSSIA PJSC et al.,                           :

                                                          :
                      Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A number of attorneys have filed notices of appearance on behalf of Sberbank of Russia PJSC. As stated in Docket # 393, the Court hereby extends the deadline in Docket # 374 <u>nunc pro tunc</u> to July 13, 2022. The Certificate of Default (Docket # 391) is therefore vacated.

      Counsel for plaintiffs and Sberbank shall immediately confer to determine what motions need to be brought before the Court and/or reinstated. To the extent discovery motions are involved the parties shall of course comply with the paragraph 2.A of the Court's Individual Practices.

      SO ORDERED.

Dated: July 13, 2022
       New York, New York

                                                                  _____
                                                                  GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge