UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, et al.<br><br>Plaintiffs,<br><br>-against-<br><br>SBERBANK OF RUSSIA PJSC, et al.<br><br>Defendants. | No. 1:19-cv-02985-ALC-GWG<br><br>**NOTICE AND [PROPOSED] ORDER<br>FOR WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, David Pressman hereby withdraws as counsel for Plaintiffs Thomas Schansman, Catharina Teunissen, individually, and as personal representative of the Estate of Quinn Lucas Schansman, Nerissa Schansman, and Xander Schansman ("Plaintiffs"), and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Terri L. Mascherin, Lee S. Wolosky, and Jason P. Hipp of Jenner & Block LLP will continue to represent Plaintiffs in this proceeding.

Dated: New York, New York
August 1, 2022

By:   /s/ David Pressman
David Pressman
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
212-891-1654
dpressman@jenner.com

SO ORDERED:

_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, et al.<br><br>  Plaintiffs,<br><br>-against-<br><br>SBERBANK OF RUSSIA PJSC, et al.<br><br>  Defendants. | No. 1:19-cv-02985-ALC-GWG<br><br>**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL** |

## DECLARATION OF DAVID PRESSMAN

I, David Pressman, declare and state as follows:

1. I am currently a partner of Jenner & Block LLP ("Jenner & Block"), an international law firm with its principal offices at 1155 Avenue of the Americas, New York, New York 10036, and counsel for Plaintiffs Thomas Schansman, individually, Catharina Teunissen, individually, and as personal representative of the Estate of Quinn Lucas Schansman, Nerissa Schansman, individually, and Xander Schansman, individually ("Plaintiffs").

2. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Plaintiffs because I am departing Jenner & Block LLP and returning to United States Government service.

3. My colleagues Terri L. Mascherin, Lee S. Wolosky, and Jason P. Hipp of Jenner & Block will continue to represent Plaintiffs in this proceeding.

4. While discovery in this case remains ongoing, my withdrawal will not delay the matter or prejudice any party.

5. I am not retaining a charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      August 1, 2022

By:   /s/ David Pressman
      David Pressman

## CERTIFICATE OF SERVICE

I hereby certify that, on August 1, 2022, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on August 1, 2022 caused a true and correct copy of the foregoing to be served (with consent of the recipient) by email upon Thomas Schansman, Catharina Teunissen, Nerissa Schansman, and Xander Schansman.

Dated: New York, New York
August 1, 2022

By:   /s/ David Pressman
David Pressman