**JENNER & BLOCK** LLP

1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

Terri L. Mascherin
Tel +1 312 923 2799
TMascherin@jenner.com

August 8, 2022

VIA ECF

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

*Schansman et al. v. Sberbank of Russia PJSC et al.*, No. 1:19-cv-02985-ALC-GWG (S.D.N.Y.)

Dear Judge Gorenstein:

We write on behalf of Plaintiffs in the above-captioned case regarding David Pressman's Notice and Proposed Order for Withdrawal of Counsel, which was filed on August 1, 2022, and on which the Court has yet to rule. *See* ECF No. 409. As of August 8, 2022, Mr. Pressman is no longer affiliated with Jenner & Block LLP because he is returning to United States Government service. Plaintiffs therefore respectfully request that the Court grant Mr. Pressman's motion to withdraw as counsel for Plaintiffs.

Respectfully submitted,

/s/ Terri L. Mascherin

Terri L. Mascherin (admitted *pro hac vice*)
Lee Wolosky
Jason P. Hipp
JENNER & BLOCK LLP

*Counsel for Plaintiffs*

cc: Counsel of Record (via ECF)