# MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS SCHANSMAN, et al.

    Plaintiffs,

-against-

SBERBANK OF RUSSIA PJSC, et al.

    Defendants.

No. 1:19-cv-02985-ALC-GWG

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, David Pressman hereby withdraws as counsel for Plaintiffs Thomas Schansman, Catharina Teunissen, individually, and as personal representative of the Estate of Quinn Lucas Schansman, Nerissa Schansman, and Xander Schansman ("Plaintiffs"), and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Terri L. Mascherin, Lee S. Wolosky, and Jason P. Hipp of Jenner & Block LLP will continue to represent Plaintiffs in this proceeding.

Dated: New York, New York
      August 1, 2022

By:  /s/ David Pressman
David Pressman
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
212-891-1654
dpressman@jenner.com

Application granted. The Clerk is directed to terminate the appearance of David Pressman.

SO ORDERED:

/s/ Gabriel W. Gorenstein

August 8, 2022