**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

August 9, 2022

# MEMORANDUM ENDOSED.

<u>Via ECF</u>

The Honorable Gabriel W. Gorenstein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *Schansman et al. v. Sberbank of Russia PJSC, et al.*, 1:19-cv-02985 (ALC) (GWG)

Dear Judge Gorenstein:

    Following the procedure in Your Honor's Order of June 7, 2022 (ECF No. 356), the undersigned law firms have withdrawn from their representation of Sberbank of Russia in this action, effective June 24, 2022.

    Accordingly, we respectfully request the Court instruct the clerk to remove all attorneys from Debevoise & Plimpton LLP (Mark P. Goodman, Román J. Rodriguez and William H. Taft V) and White & Case LLP (Claire A. DeLelle, Matthew S. Leddicotte and Nicole Erb), from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.

                              Respectfully submitted,

| DEBEVOISE & PLIMPTON LLP | WHITE & CASE LLP |
|---|---|
| By: */s/ William H. Taft V* | By: */s/ Nicole Erb* |
|     William H. Taft V |     Nicole Erb |
|     whtaft@debevoise.com |     nerb@whitecase.com |
| 919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000 | 7 |

The Clerk is directed to terminate the appearances of Mark P. Goodman, Román J. Rodriguez William H. Taft, Claire A. DeLelle, Matthew S. Leddicotte and Nicole Erb,
So Ordered.
August 9, 2022

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge

cc:    Counsel of Record (via ECF)