**Christopher R. Harris**
Direct Dial: 1.212.906.1880
Christopher.Harris@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM & WATKINS LLP

August 22, 2022

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re: *Schansman et al. v. Sberbank of Russia PJSC et al.*, Case No. 19-cv-2985-ALC-GWG; Former Counsel for VTB Bank PJSC's Letter Regarding the Court's Order of May 2, 2022 (Dkt. No. 333)

Dear Judge Gorenstein:

Latham & Watkins LLP ("Latham") writes with respect to its Motion for Leave to Withdraw as counsel for VTB Bank (PJSC) ("VTB") (Dkt Nos. 316, 317). On April 19, 2022, Latham filed a Motion for Leave to Withdraw as counsel for VTB. (*Id.*). On May 2, 2022, the Court conditionally granted the motion (Dkt. No. 333).

In the Court's May 2, 2022 order (Dkt. No. 333), the Court requested that, in the event no new counsel were to appear on behalf of VTB by the court-ordered deadline, Latham was to provide Plaintiffs' counsel with a sworn statement containing the names of each person that it had been in contact with from VTB regarding this matter, as well as their corresponding contact information. The Court's Order also provided for Latham to provide the Court with a sworn statement affirming that this information had been provided to Plaintiffs' counsel in the event that no new counsel had appeared. (Dkt. No. 333).

Latham acknowledges the Court's endorsement granting its Motion for Leave to Withdraw as counsel for VTB (Dkt. No. 421), and submits this Declaration to confirm for the Court that it has provided to Plaintiffs the information included in the Court's May 2, 2022 Order (Dkt. No. 333).

Respectfully submitted,

/s/ Christopher R. Harris
Christopher R. Harris

cc: All Counsel of Record (via ECF)