UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X
THOMAS SCHANSMAN, *et al.*,   :   Civil No. 19-cv-02985 (ALC) (GWG)

              Plaintiffs,   :

              v.   :

SBERBANK OF RUSSIA PJSC, *et al.*,   :

              Defendants.   :
------------------------------- X

# DECLARATION OF ZACHARY L. ROWEN PURSUANT TO
# THE COURT'S ORDER OF MAY 2, 2022 (DKT. NO. 333)

I, Zachary L. Rowen, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

**1.** I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge.

**2.** I am an attorney at the law firm of Latham & Watkins LLP ("Latham"), with its principal offices at 1271 Avenue of the Americas, New York, New York, 10020, formerly counsel for VTB Bank PJSC ("VTB") in the above-captioned action.

**3.** I submit this Declaration in support of Latham's Motion for Leave to Withdraw as counsel for VTB (Dkt. Nos. 316, 317) and pursuant to Magistrate Judge Gorenstein's Order of May 2, 2022 (Dkt. No. 333) (the "Order").

**4.** The Order requires, *inter alia*, that attorneys from Latham "shall provide to plaintiffs a sworn statement that provides all contact information (including mailing addresses, telephone numbers, and email addresses) they have used to contact their client and provide the name and title (if known) of each person associated with that contact information."

5. The Order further requires Latham to "file a sworn statement on ECF attesting that they have provided the required information to plaintiffs."

6. On behalf of Latham, I have provided Jenner & Block LLP, counsel for Plaintiffs, a sworn statement containing the information required by the Order.

7. Latham acknowledges the Court granted its Motion for Leave to Withdraw as counsel for VTB (Dkt. No. 421) on August 22, 2022, and submits this Declaration to confirm for the Court that it has provided the information required by the Order to Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2022
New York, New York

Respectfully Submitted,

_____
Zachary L. Rowen