UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS SCHANSMAN, et al.

Plaintiffs,

-against-

SBERBANK OF RUSSIA PJSC, et al.

Defendants.

No. 1:19-cv-02985-ALC-GWG

**[PROPOSED] CLERK'S
CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that Defendant VTB Bank PJSC has failed to defend this action as required by Federal Rule of Civil Procedure 55(a) and is therefore in default. The attorneys of Latham & Watkins LLP moved to withdraw as counsel for defendant VTB Bank PJSC, and the Hon. Gabriel W. Gorenstein has granted the motion. Notwithstanding years of litigation, VTB Bank has ceased participating in this action and has failed to secure the appearance of new counsel by the date required by Judge Gorenstein. VTB Bank has therefore failed to defend this action and is in default.

The default of defendant VTB Bank is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York

August ___, 2022

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk

1