UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, et al.<br><br>Plaintiffs,<br><br>-against-<br><br>SBERBANK OF RUSSIA PJSC, et al.<br><br>Defendants. | No. 1:19-cv-02985-ALC-GWG<br><br>**[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT** |

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 4, 2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on VTB Bank PJSC ("VTB Bank") on June 11, 2019 by and through the New York Secretary of State and Baker Botts LLP, *and proof of service was therefore filed on* June 13, 2019, Doc. # 70.  Service of the First Amended Complaint was accomplished on October 8, 2019 through the Court's CM/ECF case filing system.  Doc. # 104.  Service of the Second Amended Complaint was accomplished on October 5, 2022 through the Court's CM/ECF case filing system. Doc. # 156.  I further certify that the docket entries indicate that VTB Bank's counsel has moved to withdraw its representation and the Court granted the request, Docs. #316-19 and 333, that VTB Bank has failed to secure the appearance of new counsel by the date required by the Court, Doc. # 421, and that VTB Bank has therefore failed to defend this action.  The default of defendant VTB Bank PJSC is hereby noted.

Dated: New York, New York

    August \_\_\_, 2022

                                                  RUBY J. KRAJICK
                                                  Clerk of Court

                                  By: _____
                                             Deputy Clerk