**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Schansman et al.v., | |
| Plaintiffs, | Case No.: 19-CV-2985 (ALC/GWG) |
| v. | **NOTICE OF APPEARANCE** |
| Sberbank of Russ. PJSC et al, | |
| Defendants. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Robert S. Landy of Ford O'Brien Landy LLP hereby appears as counsel for Defendant VTB Bank PJSC in this action and demands that all parties serve copies of all notices and other papers in this action upon the undersigned counsel at the address indicated below:

Ford O'Brien Landy LLP
275 Madison Avenue
24th Floor
New York, New York 10016

I certify that I am admitted to practice in this Court.

Dated: New York, New York
August 30, 2022

                                                    FORD O'BRIEN LANDY LLP

                                                    Robert S. Landy
275 Madison Avenue
24th Floor
New York, New York 10016
rlandy@fordobrien.com
(212) 256-1047

*Attorneys for Defendant VTB Bank PJSC*