UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Thomas Schansman, et al.,

                                      **Plaintiffs,**

           -against-                      1:19-CV-02985 (ALC) (GWG)

                                                        <u>ORDER</u>

Sberbank of Russia PJSC et al.,

                                      **Defendants.**
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of Plaintiffs' letter motion to dismiss with prejudice all claims against Defendants MoneyGram International, Inc. and MoneyGram Payment Systems, Inc. ("MoneyGram") in this action pursuant to Federal Rule of Civil Procedure 41(a)(2), as Plaintiffs and MoneyGram have agreed to a resolution of the claims as between them. MoneyGram consents to the proposed motion. ECF No. 431.

**The Court hereby GRANTS Plaintiffs' motion to dismiss the claims against MoneyGram.**

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 219, 224, and 431.

 SO ORDERED.

**Dated:**  Sept 8, 2022
          New York, New York

                                                                 **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**