**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

Thomas Schansman, et al.,

                     Plaintiffs,

             -against-                          1:19-CV-02985 (ALC) (GWG)

                                      <u>ORDER</u>

Sberbank of Russia PJSC et al.,

                     Defendants.

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       In light of the dismissal of claims against MoneyGram at ECF No. 432 and the appearance of new counsel for the remaining defendants VTB Bank PJSC and Sberbank of Russia PJSC, the Court orders the parties to file a joint letter stating whether they wish to decide the outstanding motions at ECF Nos. 213, 217, 220, 222, and 257 as submitted.

       If the parties would like the Court to decide the outstanding motions as submitted, no further action is needed.

       If the parties wish to file updated versions of the motions, the Court will deny the current motions without prejudice to allow new counsel to file their own versions of the motions.  If the parties choose this option, they should submit a briefing schedule.

       The Parties are ordered to file a joint status report stating their positions by September 13, 2022.


  **SO ORDERED.**


**Dated:**  Sept 9, 2022
       New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**