# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mitchell A. Karlan
Direct: +1 212.351.3827
Fax: +1 212.351.5254
MKarlan@gibsondunn.com

September 19, 2022

VIA ECF

Hon. Andrew L. Carter, Jr.
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *Schansman v. Sberbank of Russia PJSC*, No. 19-cv-2985-ALC-GWG (S.D.N.Y.)

Dear Judge Carter:

I write on behalf of Defendants MoneyGram Payment Systems, Inc. and MoneyGram International, Inc. (the "MoneyGram Defendants") in the above-referenced action to respectfully request that the Court enter an Order directing the Clerk of Court to terminate the MoneyGram Defendants as parties to this action.

On September 8, 2022, the Court granted Plaintiffs' letter motion to voluntarily dismiss with prejudice all claims against the MoneyGram Defendants. ECF No. 432 (the "September 8 Order"). My office has since been advised that, because the September 8 Order does not expressly direct termination of the parties themselves, the Clerk's Office requires further instruction from the Court before it can take such action.

We thank the Court for its attention to this matter.

Respectfully,

/s/ *Mitchell A. Karlan*

Mitchell A. Karlan

Cc:  All counsel of record (via ECF)