UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THOMAS SCHANSMAN et al.,                              :

                                                  :     ORDER
                Plaintiffs,

                                                  :     19 Civ. 2985 (ALC) (GWG)
   -v.-
                                                  :

SBERBANK OF RUSSIA PJSC et al.,                       :

                                                  :
                Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Oral argument on the pending motion for a stay (Docket # 244) will take place on November 1, 2022, at 3:00 p.m. At that time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      When dialing in to the conference, the parties must be in a quiet indoor location and must not use a speakerphone or wireless microphone technology. Rather, a telephone line and microphone technology with optimal quality should be used

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at https://www.nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      Because some time has elapsed since the original briefing, the parties have leave to file letters addressing any new factual or legal developments since the conclusion of the original briefing on February 14, 2022. Any supplemental letter shall be due October 14, 2022. Any responsive letters shall be due October 21, 2022.

      SO ORDERED.

Dated: September 29, 2022
       New York, New York

                                                                           GABRIEL W. GORENSTEIN
                                                                           United States Magistrate Judge