UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Thomas Schansman, et al.,

                          Plaintiffs,

       -against-                        1:19-CV-02985 (ALC) (GWG)

                                               <u>ORDER</u>

Sberbank of Russia PJSC et al.,

                        Defendants.
----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court will hold a conference regarding the jurisdictional discovery dispute related to Sberbank's sovereign immunity arguments (ECF Nos. 257 and 311).

      The telephonic conference will take place on October 20, 2022 at 11 A.M. Eastern Time. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660).

      As such, the Clerk of Court is respectfully directed to terminate ECF No. 257 for further proceedings.

SO ORDERED.

Dated:  Sept 30, 2022
            New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**