UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Thomas Schansman, et al.,

                               Plaintiffs,

            -against-                        1:19-CV-02985 (ALC) (GWG)

                                       **ORDER**

Sberbank of Russia PJSC et al.,

                               Defendants.

----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       As discussed in the Court's October 20, 2022 conference, Plaintiffs and Sberbank are ordered to filed a Joint Status Report on the status of jurisdictional discovery and their meet and confer process by November 3, 2022.

      **SO ORDERED.**

**Dated:**  Oct. 24, 2022
            **New York, New York**

                                                              **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**