UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS SCHANSMAN et al.,                            :

           Plaintiffs,                            :            ORDER

   -v.-                                                              :
                                                 19 Civ 2985 (ALC) (GWG)
SBERBANK OF RUSSIA PJSC et al.,                     :

          Defendants.                            :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      For the reasons stated yesterday on the record, the motion of Sberbank of Russia PJSC for a stay of non-jurisdictional discovery (Docket # 244) is granted. The motion to compel (Docket #445) is thus denied without prejudice to reinstate at any time the stay is vacated.

      SO ORDERED.

Dated: November 2, 2022
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge