UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SBERBANK OF RUSSIA PJSC, et al., <br><br> Defendants. | Case No. 1:19-cv-02985 (ALC) (GWG) <br><br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Sberbank of Russia PJSC ("Sberbank"), defendant in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from the Order, entered December 6, 2022 (ECF No. 486), denying Sberbank's motion to dismiss the Second Amended Complaint with prejudice as to Sberbank for lack of subject-matter jurisdiction under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330, 1602-11, and the Anti-Terrorism Act, 18 U.S.C. § 2337(2).

Dated: December 6, 2022
New York, New York

**WILK AUSLANDER LLP**

*/s/ Natalie Shkolnik*
Jay Auslander
Natalie Shkolnik
Aari Itzkowitz
Michael Van Riper
825 Eighth Avenue
New York, New York 10019
212-981-2300

*Attorneys for Sberbank of Russia*