UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THOMAS SCHANSMAN et al.,                            :

               Plaintiffs,                        :        ORDER

    -v.-                                                              :
                                                          19 Civ 2985 (ALC) (GWG)
SBERBANK OF RUSSIA PJSC et al.,              :

               Defendants.                       :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Pending before the Court is plaintiffs' motion to compel against defendant VTB Bank BJSC ("VTB"). See Docket # 478. In a recent filing, VTB has indicated for the first time that it must produce the documents at issue to the Russian Ministry of Finance to approve the release and that VTB plans to do so by "the end of June or mid-July." See Docket # 504 at 3-4. It also makes clear that it has no information as to how much time the approval process will take. Id. Plaintiffs have responded by proposing that the Court allow VTB at most until August 1, 2023, to obtain the permission VTB maintains it requires. See Docket # 505 at 2. Plaintiffs also seek a Court order requiring VTB give status reports and to disclose additional information on its discovery efforts. See id. at 3.

      A telephonic conference to address these proposals by plaintiffs shall take place on May 11, 2023, at 3:30 p.m. If defendant VTB wishes, it may file on ECF a written reply to plaintiffs' proposals by May 9, 2023.

      At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) When dialing in to the conference, the parties must be in a quiet indoor location and must not use speakerphone. A telephone line and microphone technology with optimal quality should be used.

      The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: May 3, 2023
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge