UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS SCHANSMAN et al.,                       :

           Plaintiffs,                         :        <u>ORDER</u>

           -v.-                                :
                                                    19 Civ 2985 (ALC)(GWG)
SBERBANK OF RUSSIA PJSC et al.,                 :

           Defendants.                         :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The time of the telephone conference on May 11, 2023, is changed to <u>4:30 p.m.</u>. The same dial-in instructions apply.

    SO ORDERED.

Dated: May 10, 2023
       New York, New York

                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge