UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, et al., <br><br> Plaintiff, <br><br> -against- <br><br> SBERBANK OF RUSSIA PJSC, et al., <br><br> Defendants. | 19-cv-2985 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons stated on the record at the June 21, 2023 conference:

- Defendant VTB's motion for reconsideration at ECF No. 442 is **DENIED**;

- VTB's motion for leave to file a motion for certification of the September 30, 2021 decision for interlocutory appeal at ECF No. 441 is **GRANTED**; and

- VTB's request for leave to file a motion for summary judgment at ECF No. 498 is **DENIED** without prejudice to renewal; and

- VTB's request for a pre-motion conference to brief *Twitter, Inc. v. Taamneh*, 143 S. Ct. 1206 (2023) at ECF No. 513 is **DENIED** without prejudice to renewal.

The parties shall file a joint status report by **June 26, 2023**, indicating whether VTB intends to file a motion for certification of the September 30, 2021 decision for interlocutory appeal, and if so, proposing a briefing schedule.

The Clerk or Court is respectfully requested to terminate the pending motions at ECF Nos. 441, 442 and 513.

**So Ordered.**

**Dated: June 22, 2023**
      **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**