UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS SCHANSMAN, et al.

           Plaintiffs,

-against-

SBERBANK OF RUSSIA PJSC, et al.

           Defendants.

No. 1:19-cv-02985-ALC-GWG

**STIPULATION TO EXTEND THE DISCOVERY SCHEDULE**

Plaintiffs Thomas Schansman, individually, as surviving parent of Quinn Lucas Schansman; Catharina Teunissen, individually, as surviving parent of, and as personal representative of the Estate of Quinn Lucas Schansman; Nerissa Schansman, individually, as surviving sibling of Quinn Lucas Schansman; and Xander Schansman, individually, as surviving sibling of Quinn Lucas Schansman (collectively, "Plaintiffs"); and Defendant VTB Bank PJSC ("VTB"), in the above-captioned case request, in accordance with Section 1.E of Your Honor's Individual Practices, an extension of the discovery schedule that the Court ordered on December 28, 2022. *See* ECF No. 491.[1] This is the third request for extension of the discovery schedule since Your Honor's original scheduling order of October 27, 2021.

The parties jointly propose the following amended schedule with respect to Plaintiffs' claims against VTB:

---

[1] As the Court ordered previously, *see* ECF No. 491, Plaintiffs and Sberbank of Russia will submit a proposed schedule within seven (7) days after the Second Circuit Court of Appeals issues a mandate on Sberbank of Russia's appeal for the completion of discovery as between Plaintiffs and Sberbank of Russia.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| All party document discovery in response to initial requests shall be substantially completed | June 19, 2023 | November 30, 2023 |
| Service of any additional requests for documents and interrogatories | November 16, 2023 | February 29, 2024 |
| Completion of all non-expert discovery | January 11, 2024 | April 30, 2024 |
| Parties may move to amend the pleadings or join any other parties | February 8, 2024 | May 31, 2024 |
| Expert disclosures on issues as to which the disclosing party bears the burden of proof as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts | March 12, 2024 | June 28, 2024 |
| The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party | May 14, 2024 | August 30, 2024 |
| Depositions of experts | July 16, 2024 | October 31, 2024 |
| Any request for permission to make a summary judgment motion | July 23, 2024 | November 7, 2024 |

The Schansman family also requests that this be the last extension to the case schedule on account of VTB's Russian law objections, because VTB's failure to produce documents in this case "has had a severe and negative impact on the progress of this case." ECF No. 509. VTB reserves its right to argue that *Aerospatiale* does not require production of material prior to the conclusion of the Russian Ministry of Finance's review. Counsel for Plaintiffs (Jason P. Hipp and Susanna D. Evarts) met and conferred with counsel for VTB (Robert Landy and Nicolette Beuther) by telephone on September 7, 2023 at 1:00 PM for approximately 15 minutes. During the conference, counsel for VTB stated that it would agree not to request any further extensions to the

discovery schedule for VTB to collect and produce documents to the appropriate regulatory authorities, but that it was reserving its arguments under *Aerospatiale*.

**AGREED (Except as indicated above):**

/s/ *Jason P. Hipp*   /s/ *Robert S. Landy*

Jason P. Hipp
Lee Wolosky
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
LWolosky@jenner.com
JHipp@jenner.com

Robert S. Landy
Adam C. Ford
Arthur Kutoroff
Nicolette T. Beuther
275 Madison Avenue, 24th Floor
New York, New York 10016
rlandy@fordobrien.com
(212) 256-1047

Terri L. Mascherin (admitted *pro hac vice*)
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
(312) 923-2799
TMascherin@jenner.com

*Counsel for Defendant VTB Bank PJSC*

*Counsel for Plaintiffs*