UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THOMAS SCHANSMAN et al.,                           :

            Plaintiffs,                           :     ORDER

   -v.-                                                            :
                                                                            19 Civ 2985 (ALC)(GWG)
SBERBANK OF RUSSIA PJSC et al.,                  :

            Defendants.                          :
---------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court is in receipt of the parties' proposed schedules. Docket # 553. Recognizing the significant delays in this case as a result of VTB's failure to produce discovery, the Court ordered that all documents requested of VTB would have to be produced by November 30, 2023 – a deadline that included any review by the Russian regulatory authorities. Docket # 509. VTB now seeks to enlarge this period by five months. While the Court is certainly concerned about the further delay in this case, it appears uncontested that VTB has made significant efforts to comply with its discovery demands and has done so under unusual circumstances. The Court also recognizes the importance of comity in considering this issue. With these points in mind, the Court will allow an additional (and final) extension though not for the full period requested. The schedule shall be as follows:[1]

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| VTB to produce all documents to regulatory authorities in Russia for approval to produce to Plaintiffs | N/A | February 1, 2024 |
| Date by which VTB will produce the requested documents to plaintiffs or, if regulatory approval has not been obtained, the date on which regulatory approval will be deemed to have been denied. | N/A | April 1, 2024 |
| Plaintiffs' supplement to their motion to compel the production of documents from VTB (if any) | December 7, 2023 | April 8, 2024 |
| VTB's response to Plaintiffs' supplement to their motion to compel (if any) | December 14, 2023 | April 15, 2024 |

---

    [1] Any date falling on a date on which the Court is closed shall be deemed adjourned to the next business day.

| | | |
|---|---|---|
| Service of any additional requests for documents and interrogatories | February 29, 2024 | May 1, 2024 |
| Completion of all non-expert discovery | April 30, 2024 | July 1, 2024 |
| Parties may move to amend the pleadings or join any other parties | May 31, 2024 | August 1, 2024 |
| Expert disclosures on issues as to which the disclosing party bears the burden of proof as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts | June 28, 2024 | August 15, 2024 |
| The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party | August 30, 2024 | October 15, 2024 |
| Depositions of experts | October 31, 2024 | December 15, 2024 |
| Any request to Judge Carter for permission to make a summary judgment motion | November 7, 2024 | December 22, 2024 |

VTB shall continue to provide status reports on the status of production on the 12th of each month.

SO ORDERED.

Dated: December 4, 2023
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge