UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
THOMAS SCHANSMAN, *et al.*,                                       :
                                                                  :
                                        Plaintiffs,               :
                                                                  :   No. 1:19-cv-02985-ALC-GWG
                - against -                                       :
                                                                  :
SBERBANK OF RUSSAI PJSC, *et al.*,                                :
                                                                  :
                                        Defendants.               :
                                                                  :
------------------------------------------------------------------x

### [PROPOSED] JOINT STIPULATION TO EXTEND BRIEFING SCHEUDLE FOR PLAINTIFFS' RENEWED MOTION TO COMPEL

WHEREAS, in accordance with Section 1.E of Your Honor's Individual Practices, the parties request an extension of the briefing schedule for Plaintiffs' renewed motion to compel the production of documents from VTB Bank PJSC ("VTB").

WHEREAS, on April 17, 2024, this Court set forth a Revised Scheduling Order, (Dkt. 578), following a conference held on April 10, 2024, regarding the status of discovery in this action.

WHEREAS, pursuant to the Court's Order, Plaintiffs' deadline to file a renewed motion to compel the production of documents from Defendant VTB, is August 15, 2024. VTB's deadline to file a response to any renewed motion to compel by Plaintiffs, is September 6, 2024. And Plaintiffs' deadline to file a reply in further support of a renewed motion to compel, is September 19, 2024.

WHEREAS, on July 29, 2024, the parties met and conferred regarding the above briefing schedule, whereby VTB's counsel requested a one-week extension to file a response to any renewed motion to compel filed by Plaintiffs, on or before September 13, 2024. Whereby Plaintiffs also requested a proportional one-week extension for Plaintiffs' opening and reply briefs.

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, the following:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Plaintiffs to file renewed motion to compel the production of documents from VTB. | August 15, 2024 | August 23, 2024 |
| VTB to file opposition to Plaintiffs' renewed motion to compel the production of documents from VTB. | September 6, 2024 | September 13, 2024 |
| Plaintiffs to file reply in further support of Plaintiffs' renewed motion to compel the production of documents from VTB. | September 19, 2024 | September 27, 2024 |

Dated: August 5, 2024

*/s/ Jason P. Hipp*
Jason P. Hipp
Lee Wolosky
Susanna D. Evarts (*pro hac vice* pending)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 891-1628
lwolosky@jenner.com
jhipp@jenner.com
sevarts@jenner.com

Terri L. Mascherin (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Telephone: (312) 923-2799
tmascherin@jenner.com

*Counsel for Plaintiffs*

*/s/ Robert S. Landy*
Robert S. Landy
Adam C. Ford
Amy C. Brown
Arthur Kutoroff
FORD O'BRIEN LANDY LLP
275 Madison Avenue, Floor 24
New York, New York 10016
Telephone: (212) 858-0040
Facsimile: (212) 256-1047
rlandy@fordobrien.com
aford@fordobrien.com
abrown@fordobrien.com
akutoroff@fordobrien.com

*Counsel for Defendant VTB Bank PJSC*

SO, ORDERED

_____
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE