UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, et al.<br><br>                Plaintiffs,<br><br>    -against-<br><br>SBERBANK OF RUSSIA PJSC, et al.<br><br>               Defendants. | No. 1:19-cv-02985-ALC-GWG |

**PLAINTIFFS' NOTICE OF RENEWED MOTION TO COMPEL
THE PRODUCTION OF DOCUMENTS FROM VTB BANK PJSC**

    Plaintiffs Thomas Schansman, individually, as surviving parent of Quinn Lucas Schansman, Catharina Teunissen, individually, as surviving parent of, and as personal representative of the Estate of Quinn Lucas Schansman; Nerissa Schansman, individually, as surviving sibling of Quinn Lucas Schansman; and Xander Schansman, individually, as surviving sibling of Quinn Lucas Schansman (collectively, "the Schansmans"), through undersigned counsel, hereby move the Court to compel the production of documents from VTB Bank PJSC ("VTB") under Federal Rules of Civil Procedure 26, 34, and 37, and this Court's order. ECF No. 466.

    WHEREFORE, for the reasons stated in the accompanying Memorandum of Law in Support, the Schansmans respectfully request that the Court order the production of all documents from VTB responsive to the Schansmans' Requests for Production Numbers 1–2, 5, 13, 25–27, 30, 32, 40, 50, 52–54, and 59–60 in unredacted form.

    The parties have agreed to the following briefing schedule:

| Event | Deadline |
|---|---|
| Plaintiffs to file renewed motion to compel the production of documents from VTB. | August 23, 2024 |
| VTB to file opposition to Plaintiffs' renewed motion to compel the production of documents from VTB. | September 13, 2024 |
| Plaintiffs to file reply in further support of Plaintiffs' renewed motion to compel the production of documents from VTB. | September 27, 2024 |

Dated:  August 23, 2024

Respectfully submitted,

By:   /s/ Terri L. Mascherin

Terri L. Mascherin (admitted *pro hac vice*)
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
(312) 923-2799
tmascherin@jenner.com

Lee Wolosky
Jason P. Hipp
Susanna D. Evarts (admitted *pro hac vice*)
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
212-891-1628
lwolosky@jenner.com
jhipp@jenner.com
sevarts@jenner.com

*Counsel for the Schansmans*