353 NORTH CLARK STREET, CHICAGO, ILLINOIS 60654

JENNER & BLOCK LLP

August 27, 2024

Terri L. Mascherin
Tel +1 312 923 2799
TMascherin@jenner.com

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Schansman et al. v. Sberbank of Russia PJSC et al.*, No. 1:19-cv-02985-ALC-GWG (S.D.N.Y.) – Joint Letter to Strike Filings from the Public Docket

Dear Judge Gorenstein,

Plaintiffs and Defendant VTB Bank PJSC ("VTB") write jointly to request that the Court strike ECF Nos. 595-1, 595-2, 595-3, 595-4, 595-5, 595-6, 595-7, 595-8, 595-9, 595-10, 595-11, 595-12, 595-24, 595-25, 595-27, 595-35, and 595-36 from the public docket. Plaintiffs inadvertently filed material on the public docket that VTB designated as confidential. Plaintiffs will re-file redacted versions of these documents on the public docket. In accordance with this Court's order on Plaintiffs' motion to seal, ECF No. 597, once briefing on the motion to compel is complete, VTB will inform Plaintiffs which confidentiality designations it seeks to maintain, if any, and will file any application to seal seven days after briefing is completed.

Respectfully submitted,

*/s/ Terri L. Mascherin*
Terri L. Mascherin (admitted *pro hac vice*)
Counsel for Plaintiffs

*/s/ Robert S. Landy*
Robert S. Landy
Counsel for VTB