UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
: 
THOMAS SCHANSMAN, *et al.*,                           :
:
                           Plaintiffs,     :
:    No. 1:19-cv-02985-ALC-GWG
       - against -                                       :
:
SBERBANK OF RUSSIA PJSC, *et al.*,                    :
:
                         Defendants.     :
:
------------------------------------------------------------------- x

## JOINT STIPULATION TO EXTEND BRIEFING SCHEUDLE FOR PLAINTIFFS' RENEWED MOTION TO COMPEL

WHEREAS, in accordance with Section 2.B of Your Honor's Individual Practices, Defendant VTB Bank PJSC ("VTB") writes to inform the Court of an extension to the briefing schedule for Plaintiffs' renewed motion to compel the production of documents from VTB.

WHEREAS, on August 5, 2024, VTB and Plaintiffs filed a Joint Stipulation to Extend Briefing Schedule for Plaintiffs' renewed motion to compel (Dkt. 590) providing that Plaintiffs shall file their motion by August 23, 2024, VTB shall file its opposition by September 13, 2024, and Plaintiffs shall file their reply by September 27, 2024;

WHEREAS, also on August 5, 2024, the Court ordered Plaintiffs to file their renewed motion to compel by August 23, 2024 (Dkt. 591);

WHEREAS, Plaintiffs filed their motion to compel on August 23, 2024 (Dkt. 593);

WHEREAS, VTB requested that Plaintiffs agree to a two-week extension of the deadline for VTB to file its opposition to Plaintiffs' renewed motion to compel;

WHEREAS, counsel for VTB and Plaintiffs met and conferred on August 29, 2024 and agreed to extend the deadlines for the opposition and reply briefs by one week;

1

WHEREAS, it is VTB's second extension to the schedule for briefing Plaintiffs' renewed motion to compel;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, that VTB's opposition to Plaintiffs' renewed motion to compel shall be filed by September 20, 2024, and Plaintiffs' reply shall be filed by October 7, 2024.

Dated: August 29, 2024

| | |
|---|---|
| /s/ Jason P. Hipp | /s/ Robert S. Landy |
| Jason P. Hipp | Robert S. Landy |
| Lee Wolosky | Adam C. Ford |
| Susanna D. Evarts (admitted *pro hac vice*) | Amy C. Brown |
| JENNER & BLOCK LLP | Arthur Kutoroff |
| 1155 Avenue of the Americas | FORD O'BRIEN LANDY LLP |
| New York, New York 10036 | 275 Madison Avenue, Floor 24 |
| Telephone: (212) 891-1628 | New York, New York 10016 |
| lwolosky@jenner.com | Telephone: (212) 858-0040 |
| jhipp@jenner.com | Facsimile: (212) 256-1047 |
| sevarts@jenner.com | rlandy@fordobrien.com |
| | aford@fordobrien.com |
| Terri L. Mascherin (admitted *pro hac vice*) | abrown@fordobrien.com |
| JENNER & BLOCK LLP | akutoroff@fordobrien.com |
| 353 N. Clark Street | |
| Telephone: (312) 923-2799 | *Counsel for Defendant VTB Bank PJSC* |
| tmascherin@jenner.com | |

*Counsel for Plaintiffs*

2