UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
:
**THOMAS SCHANSMAN,** *individually, as* :
*surviving parent of* **QUINN LUCAS** :
**SCHANSMAN**, et al., :
:
                    Plaintiffs, :        1:19-cv-02985 (ALC) (GWG)
:
      -against- :        **ORDER**
:
**SBERBANK OF RUSSIA PJSC and VTB** :
**BANK PJSC,** :
:
                    Defendants. :
:
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court is in receipt of Defendant VTB Bank PJSC's February 18, 2025 letter requesting a pre-motion conference for its anticipated motion to dismiss, as well as Plaintiffs' February 21, 2025 response in opposition. ECF Nos. 624, 626. Defendant's request for a pre-motion conference is hereby GRANTED. The Court will hold a telephonic conference in this action on **April 2, 2025 at 3:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#).

**SO ORDERED.**

Dated:    **March 10, 2025**
            **New York, New York**

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**