UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS SCHANSMAN, et al.<br><br>        Plaintiffs,<br><br>    -against-<br><br>SBERBANK OF RUSSIA PJSC, et al.<br><br>        Defendants. | No. 1:19-cv-02985-ALC-GWG |

**PLAINTIFFS' NOTICE OF MOTION TO
STRIKE THE DECLARATION OF VTB BANK PJSC'S
<u>GENERAL COUNSEL, ALEXEY LOZOVOY</u>**

    Plaintiffs Thomas Schansman, individually, as surviving parent of Quinn Lucas Schansman; Catharina Teunissen, individually, as surviving parent of, and as personal representative of the Estate of Quinn Lucas Schansman; Nerissa Schansman, individually, as surviving sibling of Quinn Lucas Schansman; and Xander Schansman, individually, as surviving sibling of Quinn Lucas Schansman, through undersigned counsel, hereby move the Court to strike the Declaration of VTB Bank PJSC's ("VTB) General Counsel, Alexey Lozovoy, submitted by VTB, Dkt. 632, for the reasons stated in the accompanying memorandum of law.

Dated: March 26, 2025

                Respectfully submitted,

          By:   /s/ Terri L. Mascherin

                Terri L. Mascherin (admitted *pro hac vice*)
                JENNER & BLOCK LLP
                353 N. Clark St.
                Chicago, IL 60654
                (312) 923-2799
                tmascherin@jenner.com

                David J. Pressman
                Jason P. Hipp
                Susanna D. Evarts (admitted *pro hac vice*)
                JENNER & BLOCK LLP
                1155 Avenue of the Americas
                New York, NY 10036
                (212) 891-1600
                dpressman@jenner.com
                jhipp@jenner.com
                sevarts@jenner.com

                *Counsel for the Schansmans*