UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

THOMAS SCHANSMAN, *individually, as surviving parent of QUINN LUCAS SCHANSMAN*, et al.,

                         Plaintiffs,

            -against-

SBERBANK OF RUSSIA PJSC and VTB BANK PJSC,

                        Defendants.

------------------------------------------------------- x

1:19-cv-02985 (ALC) (GWG)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      This Court will conduct a status conference in this action on **May 1, 2025 at 11:30AM**. All parties, including Defendant Sberbank of Russia PJSC, shall appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

**SO ORDERED.**

Dated:   April 2, 2025
            New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**