UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
:
THOMAS SCHANSMAN, *individually, as* :
*surviving parent of QUINN LUCAS* :
*SCHANSMAN*, et al., :
:
                            Plaintiffs, :      1:19-cv-02985 (ALC) (GWG)
:
              -against- :      **ORDER**
:
SBERBANK OF RUSSIA PJSC and VTB :
BANK PJSC, :
:
                        Defendants. :
:
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      In light of Defendant Sberbank of Russia PJSC's letter, ECF No. 640, this Court will adjourn the settlement conference scheduled for **May 1, 2025 at 11:30AM**. The Court will hold the settlement conference on **July 29, 2025 at 10:00AM**, unless Defendant Sberbank's appeal is still pending. The parties should still follow the procedures ordered at ECF No. 639, with all deadlines adjourned accordingly.

      Defendant Sberbank is ordered to file an update on the status of its appeal by **May 16, 2025, and every 30 days thereafter**.

SO ORDERED.

Dated:    April 23, 2025
             New York, New York

                                                        ANDREW L. CARTER, JR.
                                                        United States District Judge