UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS SCHANSMAN et al., :

              Plaintiffs, : ORDER

   -v.- :
                                              19 Civ 2985 (ALC) (GWG)
SBERBANK OF RUSSIA PJSC et al., :

              Defendants. :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Before the Court is plaintiffs' request for permission to move for adverse inference sanctions (and attorney's fees) and to have formal briefing of that motion (Docket # #648, 649).

      The Court directs that any such motion shall be filed at the time any summary judgment motion is due to be filed and on the same schedule. If after discovery is completed, it is determined that no summary judgment motion will be filed, the parties shall instead file a letter with a joint proposal (or separate proposals) as to the briefing schedule for the sanctions motion.

      SO ORDERED.

Dated: May 14, 2025
       New York, New York

                                                   _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge