UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THOMAS SCHANSMAN et al.,                              :

                Plaintiffs,        :        <u>ORDER</u>

   -v.-                                                            :
                                                             19 Civ 2985 (ALC) (GWG)
SBERBANK OF RUSSIA PJSC et al.,                    :

                Defendants.        :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       With respect to the letter motion to compel (Docket # 655), the Court is prepared to accede to VTB's request that it be permitted to file a brief (and, if it wishes, any other materials) in response. Unless plaintiffs prefer to proceed otherwise, plaintiff's letters (Docket # 655 and 657) will be deemed to constitute plaintiff's motion to compel as they appear to contain all the information necessary to give VTB notice of the relief requested and the basis for that relief.

       Plaintiffs shall inform VTB on or before May 27, 2025, whether they are prepared to proceed based on their letters. If so, VTB shall file its response on or before June 10, 2025. Any reply by plaintiff may be filed by June 17, 2025.[1]

       SO ORDERED.

Dated: May 23, 2025
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge

---

[1] The Court assumes that the VTB counsel who are not about to go on trial can handle this task given the extensive briefing already done on the prior motion to compel and the efforts VTB has already made to respond to the instant letter. If not, the parties should consult and VTB may make its case to the undersigned for an extension.