UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
**THOMAS SCHANSMAN,** *individually, as* :
*surviving parent of QUINN LUCAS* :
**SCHANSMAN**, et al., :
:
                     **Plaintiffs,** :      **1:19-cv-02985 (ALC) (GWG)**
:
           -against- :      **ORDER**
:
**SBERBANK OF RUSSIA PJSC and VTB** :
**BANK PJSC,** :
:
                     **Defendants.** :
:
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      In light of Defendant Sberbank of Russia PJSC's letter, ECF No. 659, this Court will adjourn the settlement conference scheduled for **July 29, 2025 at 10:00AM**. The Court will hold the settlement conference on **November 18, 2025 at 2:00PM**, unless Defendant Sberbank's appeal is still pending. The parties should still follow the procedures ordered at ECF No. 639, with all deadlines adjourned accordingly.

      Defendant Sberbank is ordered to file an update on the status of its appeal by **October 1, 2025**.

**SO ORDERED.**

Dated:    June 25, 2025
              New York, New York

                                               **ANDREW L. CARTER, JR.**
                                             **United States District Judge**