UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THOMAS SCHANSMAN et al.,                         :

                                                 :        ORDER
                    Plaintiffs,
                                                 :        19 Civ. 2985 (ALC) (GWG)
         -v.-
                                                 :

SBERBANK OF RUSSIA PJSC et al.,                  :

                                                 :
                    Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        The Court will hold oral argument on Docket ## 655 and 661 and a conference on Docket # 669 on Thursday, July 24, 2025, at 11:00 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York.

        This is the only matter scheduled for this date and time.   Please be sure to arrive sufficiently in advance so that the argument may begin on time.

        Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.   In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

        SO ORDERED.

Dated: July 9, 2025
        New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge