

MEMORANDUM ENDORSED

July 10, 2025

**VIA ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Schansman et al. v. Sberbank of Russia PJSC et al.*, Case No. 19-cv-2985-ALC-GWG: Request to Reschedule July 24 Hearing to August 6

Dear Judge Gorenstein:

This firm represents defendant VTB Bank PJSC ("VTB"). We write to request a short adjournment of the in-person conference ordered to take place on July 24, 2025. (*See* D.E. 671). Plaintiffs do not oppose this request.

The undersigned counsel has an out-of-state, pre-existing personal obligation on July 24, the date selected by the Court in yesterday's Order. Once I learned of the conference date, I reached out to Plaintiffs' counsel to advise them of the conflict and inquire as to their ability for a conference on July 21 or July 22 (which would have advanced the conference instead of postponing it). Plaintiffs' counsel indicated they were available on either day. However, after contacting the Court's deputy, we were advised that the Court was not available on those earlier dates. The deputy further indicated that the Court is available on August 6, 2025, at 11:00 a.m., a date and time that works for all counsel.

Accordingly, we respectfully request that the Court reschedule the conference for August 6 at 11:00 a.m. Should the Court's calendar change, the parties remain available on July 21 or 22. Counsel for Plaintiffs do not object to this request. This is the first request for an adjournment of the hearing set in yesterday's order.

Respectfully Submitted,

s/ Robert S. Landy
Robert S. Landy

Conference adjourned to August 6, 2025 at 11:00 a.m.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 10, 2025