```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/17/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**THOMAS SCHANSMAN,** *individually, as surviving parent of* **QUINN LUCAS SCHANSMAN, et al.,**

                  **Plaintiffs,**

                  -against-

**SBERBANK OF RUSSIA PJSC and VTB BANK PJSC,**

                  **Defendants.**

------------------------------------------------------------ x

**1:19-cv-02985 (ALC) (GWG)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      In light of Plaintiffs' letter, ECF No. 705, this Court will adjourn the settlement conference previously scheduled for November 18, 2025 to **January 26, 2026 at 2:00PM.**

**SO ORDERED.**

Dated:    November 17, 2025
             New York, New York

                                                **ANDREW L. CARTER, JR.**
                                              **United States District Judge**