USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/16/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
        :
**THOMAS SCHANSMAN**, *individually, as*   :
*surviving parent of QUINN LUCAS*     :
*SCHANSMAN*, **et al.**,          :
        :
        **Plaintiffs,**   :      **1:19-cv-02985 (ALC) (GWG)**
        :
    **-against-**      :      **ORDER**
        :
**SBERBANK OF RUSSIA PJSC and VTB**  :
**BANK PJSC,**        :
        :
        **Defendants.**   :
        :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will adjourn the settlement conference previously scheduled for January 26, 2026 to **January 27, 2026 at 10:00AM.** The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

**SO ORDERED.**

Dated:    **January 16, 2026**
        **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**