USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/22/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- x

**THOMAS SCHANSMAN**, *individually, as surviving parent of QUINN LUCAS SCHANSMAN*, **et al.,**

                                    **Plaintiffs,**

                    -against-

**SBERBANK OF RUSSIA PJSC and VTB BANK PJSC,**

                                    **Defendants.**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- x

**1:19-cv-02985 (ALC) (GWG)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the letter motion requesting the adjourn the settlement conference filed at ECF No. 718, this Court will adjourn the settlement conference scheduled for January 27, 2026. The Court will hold two separate settlement conferences in this matter. The first settlement conference will take place with Plaintiff and Defendant VTB Bank PJSC on **April 21, 2026 at 2:00pm.** The second settlement conference will take place between Plaintiffs and Defendant Sberbank of Russia PJSC on **April 23, 2026 at 3:00pm.** Both settlement conferences will take place in person, in Courtroom 444, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The parties should still follow the procedures ordered at ECF No. 639, with all deadlines adjourned accordingly. The Clerk of Court is respectfully directed to terminate the pending letter motion at ECF No. 718.

**SO ORDERED.**

**Dated:   January 22, 2026**
           **New York, New York**

_____
         **ANDREW L. CARTER, JR.**
         **United States District Judge**