UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS SCHANSMAN, *individually, as surviving parent of QUINN LUCAS SCHANSMAN*, et al.,

                              Plaintiffs,

                    -against-

SBERBANK OF RUSSIA PJSC and VTB BANK PJSC,

                              Defendants.

1:19-cv-02985 (ALC) (GWG)

SETTLEMENT CONFERENCE SCHEDULING ORDER

ANDREW L. CARTER, JR., United States District Judge:

As discussed at today's settlement conference, Plaintiff and Defendant VTB are ordered to submit a joint status report by **June 17, 2026**, updating the Court as to the status of settlement discussions.

SO ORDERED.

Dated:    April 21, 2026
          New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge