**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **THOMAS SCHANSMAN,** *individually, as surviving parent of QUINN LUCAS SCHANSMAN*, **et al.,** | |
| **Plaintiffs,** | **1:19-cv-02985 (ALC) (GWG)** |
| -against- | |
| **SBERBANK OF RUSSIA PJSC and VTB BANK PJSC,** | **ORDER** |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed at today's settlement conference, Plaintiff and Defendant Sberbank are ordered to submit a joint status report by **June 23, 2026**, updating the Court as to the status of settlement discussions.

**SO ORDERED.**

Dated:    **April 23, 2026**
              **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**