UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                            :

THOMAS SCHANSMAN et al.,

                            :

        Plaintiffs,                     ORDER

                            :

     -v.-

                            :      19 Civ. 2985 (ALC) (GWG)

  SBERBANK OF RUSSIA PJSC et al.,     :

        Defendants.         :
----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      Plaintiffs have leave to file a reply to Docket # 738 on or before May 19, 2026.

      SO ORDERED.

Dated: May 13, 2026
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge