UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THOMAS SCHANSMAN et al.,                          :

                Plaintiffs,                          :          ORDER

    -v.-                                                    :
                                  19 Civ 2985 (ALC) (GWG)
SBERBANK OF RUSSIA PJSC et al.,               :

                Defendants.                          :
----------------------------------------------------------------X
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       Oral argument by video on the motion filed at Docket # 724 will take place on June 26, 2026, at 11:00 a.m.

       The Court will provide the video login information (through the Teams platform) by email to counsel at least three business days before the conference.   The public may listen to the conference by dialing 646-453-4442  and using access code: 227 972 865#.

       The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.   However, any other recording or dissemination of the proceeding in any form is forbidden.

       Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time.   The parties should follow paragraph 1. F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein) for any request for an adjournment.

       SO ORDERED.

Dated: June 12, 2026

    New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge