**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**THOMAS SCHANSMAN,** ***individually, as surviving parent of QUINN LUCAS SCHANSMAN*****, et al.,**

**Plaintiffs,**

**-against-**

**SBERBANK OF RUSSIA PJSC and VTB BANK PJSC,**

**Defendants.**

**1:19-cv-02985 (ALC) (GWG)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On April 23, 2026, this Court ordered Plaintiff and Defendant VTB to provide a joint status report by June 17, 2026, following the settlement conference held. *See* ECF No. 731. The Parties failed to submit a joint status report by this date, and the Court *sua sponte* extended the deadline until October 16, 2026. *See* ECF No. 771. The Court has still not received a joint status report from the Parties.

The Court hereby **ORDERS** the Parties to submit a joint status report on settlement by December 15, 2026. The Parties must also state why they failed to provide a joint status report on the prior two occasions.

**SO ORDERED.**

**Dated:** **November 24, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**